MA12-4577

```
 1
 2   ---------------------------------------X
 3   EXAMINATION UNDER OATH
 4              of
 5   DR. RICHARD G. HARVEY/HARVEY FAMILY
     CHIROPRACTIC, PHYSICAL THERAPY &
 6   ACUPUNCTURE PLLC
 7   CARRIER:  ALLSTATE INSURANCE COMPANY
 8   SM FILE:  1280.266
 9   CLAIM NUMBERS:
10   0285867107, Luan Alamo-Martinez
     0283979960, Jose Moran
11   0283979960, Meliza Moran
     0288691439, Jeanne M. Poniros
12   0283365179, Gina Mascia
     0290044403, Nancy Martinez
13   0289769258, Paulino Alvarado
     0289573189, Otis Hyatt
14   0267780377, Precious Reid
     0291456317, Gabriel Laborde
15   0291456317, Nilda Rivera
     0287406367, Cynthia Crawford
16   0297442121, Juan Sanchez-Herrera
     0300069754, Leon Body
17   0298079211, Sonya Smith
18   ---------------------------------------X
                        108 New South Road
19                      Hicksville, New York
20                      December 5, 2013
                        11:47 a.m.
21
22             VOLUME III
23     CONTINUED EXAMINATION UNDER OATH
24                OF
25        DR. RICHARD G. HARVEY
```

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4        STERN & MONTANA, LLP
          Attorneys for Carrier
 5             Trinity Center
               New York, New York 10006
 6
          BY:  DANIEL MARVIN, ESQ.
 7
 8        MARCOTE & ASSOCIATES, P.C.
          Attorneys for Dr. Richard G.
 9        Harvey/Harvey Family Chiropractic,
          Physical Therapy & Acupuncture, PLLC
10             108 New South Road
               Hicksville, New York 11801
11
          BY:  LOUIS CHISARI, ESQ.
12             ANDREW COX, ESQ. (where noted)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1

2                    (Exhibits M through T were

3              premarked for identification as of

4              this date.)

5    R I C H A R D   G.   H A R V E Y,   D. C., the

6         Witness herein, having been first duly sworn

7         by a Notary Public in and of the State of New

8         York, was examined and testified as

9         follows:

10   CONTINUED EXAMINATION BY

11   MR. MARVIN:

12                        MR. MARVIN:  Dr. Harvey,

13              good morning.  As you know, I'm

14              Daniel Marvin from Stern &

15              Montana, and we represent Allstate

16              in connection with this request

17              for additional verification in the

18              form of an Examination Under Oath

19              or EUO with respect to certain

20              claims.

21        Q     We have marked as Exhibit M a

22   letter confirming today's EUO, and annexed to

23   that letter is a schedule of claimants which

24   are the subject of this EUO, along with the

25   claimants that have been previously identified

Page 4

R. Harvey, D.C.

1

2       in the past two days of testimony.

3                Can you please take a look at

4       the schedule and let me know if you're

5       familiar with those claimants.

6           A        (Perusing document.)

7                Yes.

8           Q        As we did in previous testimony,

9       I'm going to be referring to Harvey Family

10      Chiropractic, Physical Therapy and Acupuncture

11      PLLC as Harvey Family for short.

12          A        Yes.

13          Q        And we are here today to discuss

14      these claimants and to verify all aspects

15      relating to the claims which are the subject

16      of this EUO.

17               Did you do anything to prepare

18      for today's testimony?

19          A        The only thing I have done is

20      try to send you all the materials that you

21      requested.

22          Q        And by "materials," are you

23      referring to the acupuncture, physical therapy

24      and chiropractic progress notes and related

25      documents?

Page 5

1                    R. Harvey, D.C.

2        A       Yes.

3        Q       Did you review those documents

4   prior to coming here today in preparation for

5   the EUO?

6        A       At some point I did, yes.

7        Q       Specifically in preparation for

8   the EUO, or during the normal course of your

9   practice?

10       A       During the normal course of my

11  practice.

12       Q       Did you speak with anyone

13  concerning your testimony here today --

14       A       No.

15       Q       -- other than your attorney?

16       A       No.

17       Q       So before we get into the

18  questions, I'm going to remind you of the

19  rules and instructions for the EUO.

20               First, I'm going to be asking

21  you questions; and when you answer, I'm going

22  to assume that you understood my question.

23  And if at any time you don't, please ask me to

24  repeat or rephrase and I will do so.  The

25  reason I tell you this is because I'm going to

Page 6

```
 1                    R. Harvey, D.C.
 2    rely upon what you tell me in order to verify
 3    the various no-fault claims that we will be
 4    discussing.  Do you understand?
 5            A       Yes.
 6            Q       Second, there's a court reporter
 7    that's seated to your left that's going to be
 8    taking down everything that we say.  So in
 9    order to allow her to take down an accurate
10    record, I would ask that you provide audible
11    responses out loud with no nods or gestures,
12    as she cannot distinguish those for the
13    record.
14                    Also, I'm going to ask that when
15    I'm speaking, you don't try and talk over me,
16    and I will render you that same courtesy so we
17    can get a good record.
18                    If you need a break at any time,
19    please let me know and we will take a break.
20    However, if there's a question pending, I ask
21    that you provide a full answer to the question
22    before we break.
23                    Finally, you have given an oath
24    today to tell the truth, the whole truth and
25    nothing but the truth.  Do you understand the
```

Page 7

1                    R. Harvey, D.C.

2   oath and obligation that you made?

3          A      Yes.

4          Q      And do you understand that

5   although we are taking your EUO at your

6   attorney's office, the same rules apply to the

7   oath as if we were in court?

8          A      Yes.

9          Q      Are you having any physical

10  problems, or are you currently under the

11  influence of any drug, medication or alcohol

12  that would impair your ability to testify

13  truthfully today?

14         A      No.

15         Q      And finally, with just a note on

16  objections, as I previously told you during

17  prior testimony, this is not an evidentiary or

18  judicial proceeding; and as such, it is not

19  governed by the Rules of Civil Procedure or

20  evidence.  Any objections made by your lawyer

21  has no bearing on this proceeding.

22                In the event that your lawyer

23  does object, his objection will be noted for

24  the record, and you should answer the

25  question.  If your lawyer instructs you not to

1              R. Harvey, D.C.

2  answer certain questions and you choose not to

3  answer based on the advice of your lawyer,

4  please be advised that your failure to answer

5  the questions asked during your Examination

6  Under Oath could be construed as a failure to

7  cooperate and result in the denial of your

8  claims.

9              Do you have any questions before

10  we begin?

11       A     No.

12       Q     Just prior to going on the

13  record, you handed me a Third Amended

14  Operating Agreement of Harvey Family

15  Chiropractic, Physical Therapy & Acupuncture

16  PLLC, and we have marked that as Exhibit T.

17              Dr. Harvey, during the prior

18  days' testimony we talked about the first

19  operating agreement and then the second

20  operating agreement, and now we have the third

21  operating agreement.  Aside from substituting

22  any names of the managing members of Harvey

23  Family, are there any other substantive

24  changes in the Third Amended Operating

25  Agreement as compared to the first two?

Page 9

1                          R. Harvey, D.C.

2          A      No.

3          Q      When was this Third Amended

4    Operating Agreement prepared?

5          A      I think in November of 2012,

6    possibly.

7          Q      Did you prepare it?

8          A      No.

9          Q      Who did?

10         A      An attorney did.

11         Q      Is that the same attorney you

12   used for the first and the second operating

13   agreements, Chris Turcotte?

14         A      Yes.

15         Q      T-U-R-C-O-T-T-E?

16         A      Correct.

17         Q      Doctor, the agreement you handed

18   me is not signed or executed.  Do you have

19   possession of an executed copy?

20         A      At my office I do, yes.

21         Q      And do you know where it is?

22         A      In my office.

23         Q      And just out of curiosity, is

24   there a reason why you didn't bring an

25   executed copy today?

Page 10

1                    R. Harvey, D.C.

2        A       I got a text this morning that I

3   needed a copy of this, so I just printed it

4   off the computer.  I didn't realize this

5   wasn't a signed one.

6        Q       The last page of Exhibit T has

7   three signature lines.  Are there three

8   signatures on the executed agreement?

9        A       Yes.

10       Q       Aside from the signatures, are

11  there any other differences between the

12  agreement that you handed me and the agreement

13  you have at your office with the signatures?

14       A       No.

15       Q       And what was the purpose of the

16  third operating agreement?

17       A       I believe it was done when Jin

18  Hwangbo, the new acupuncturist, came in to the

19  office.

20       Q       On the agreement you handed me

21  there are three signature lines; one for

22  Bervin Brual, one for you, Richard G. Harvey,

23  and one for Mun Sheih.  Do you see that?

24       A       Yes.

25       Q       Did Mun Sheih sign the document?

Page 11

1                    R. Harvey, D.C.

2        A       Yes.

3        Q       So as a follow-up, did Jin

4    Hwangbo sign the document?

5        A       Yes.

6        Q       And where did Jin Hwangbo sign

7    the document?

8        A       In my office.

9        Q       Well, where on the document,

10   because you indicated --

11       A       I think there's another sheet.

12               (Perusing document.)

13               On this page.  Everybody signed

14   that page (indicating).

15       Q       And this is on Page 14 of the

16   agreement?

17       A       Yes.

18       Q       So the agreement in your office

19   actually has seven signatures on it?

20       A       Correct.

21               MR. MARVIN:  Just for the

22               record, we're going to call for

23               the production of the executed

24               agreement.

25               MR. CHISARI:  We will take

Page 12

1                    R. Harvey, D.C.

2                    it under advisement.  Again, we

3                    ask all requests be put in

4                    writing, which your office has

5                    failed to do numerous times.

6                    Every EUO we ask for all document

7                    requests to be placed in writing,

8                    and that never happens.

9          Q        Dr. Harvey, did you ever notify

10    the New York State Office of Professions when

11    Jin Hwangbo purportedly became a managing

12    member in November of 2012?

13         A        I believe my -- Chris Turcotte

14    did.

15         Q        Did you, at any time after you

16    believe he notified the Office of Professions,

17    did you verify that at all?

18         A        I don't recall.

19         Q        Are you aware at all that

20    according to the Office of Professions, Paul

21    Wong is still listed as a managing member of

22    Harvey Family?

23         A        No.

24                    MR. MARVIN:  I'm just going

25                    to mark this for the record.  This

Page 13

1                  R. Harvey, D.C.

2                  is going to be Exhibit U, which is

3                  a copy of the New York State

4                  Office of Professions online

5                  verifications -- a verification

6                  search dated December 4th, 2013,

7                  yesterday.  It lists the managing

8                  members of Harvey Family.

9                       (Exhibit U-Office of

10                 Professions Online Printout, was

11                 marked for identification as of

12                 this date.)

13      Q       Dr. Harvey, have you ever had an

14 opportunity to visit this Web site or see any

15 other documents relating to the managing

16 members on file with the New York State Office

17 of Professions as the owners and/or managing

18 members of Harvey Family?

19      A       No.

20      Q       Did you ever have any

21 discussions with Mr. Hwangbo about him

22 becoming the acupuncturist on file with the

23 New York State Office of Professions on behalf

24 of Harvey Family?

25                  MR. CHISARI:  I'm going to

Page 14

1                    R. Harvey, D.C.

2          object.  I'm going to object and

3          instruct him not to answer.  He

4          answered earlier saying he relied

5          on Chris Turcotte, his attorney,

6          to do all of that.  So I'm going

7          to instruct him not to answer any

8          more of these questions down this

9          line.  It's irrelevant and he

10         answered.  He relied on his

11         healthcare attorney to do it.  So

12         move on to your next smoking gun,

13         please, Counselor.

14              MR. MARVIN:  Mr. Chisari,

15         I'm just going to ask that you

16         refrain from your --

17              MR. CHISARI:  You can ask

18         all you want.

19              MR. MARVIN:  Your colorful

20         language, that's uncalled for.

21     Q       Dr. Harvey, we marked as Exhibit

22  O through S documents related to Nancy

23  Martinez, and we will go through them one by

24  one.

25              Is she one of your patients?

Page 15

1                    R. Harvey, D.C.

2          A      Yes.

3          Q      And are you familiar with her

4    treatment at Harvey Family with regard to all

5    of the services that were performed on her?

6          A      Yes.

7          Q      And if you could quickly look

8    through Exhibits N through S and let me know

9    if these are documents which were kept in the

10   usual course of Harvey Family's business, and

11   if they are fair and accurate representations

12   of documents that were kept in the course of

13   that business and provided to Allstate in

14   connection with this EUO.

15         A      (Perusing document.)

16                Yes.

17         Q      Do you recall when Ms. Martinez

18   first appeared at your office for treatment?

19         A      I don't recall the specific

20   date.

21         Q      Can you approximate, based on

22   the records?

23         A      It looks like 6/17 of 2013.

24         Q      And when she appeared at Harvey

25   Family, who was the first treatment provider

Page 16

                              R. Harvey, D.C.

1

2     she met with?

3          A     I believe myself.

4          Q     Did you perform the initial

5     chiropractic evaluation on her?

6          A     Yes.

7          Q     Now, I believe during previous

8     testimony you indicated it's your employee

9     Neil Goldsmith who generally performs all

10    initial chiropractic evaluations on claimants.

11                    MR. CHISARI:  I'm going to

12                    object.  Unless you pull out a

13                    transcript and say he said

14                    something else, I'm not going to

15                    allow him to answer with respect

16                    to your characterization of prior

17                    testimony.

18                    MR. MARVIN:  Let's go off

19                    the record so I can find that spot

20                    in the record.

21                    (Discussion held off the

22                    record.)

23         Q     I'm going to refer, Dr. Harvey,

24    to your first day of testimony, which was on

25    January 21st, 2013.  Page 98 beginning on Line

Page 17

R. Harvey, D.C.

1

2 18 through Page 99, Line 24.  Rather than read

3 it in the record, Dr. Harvey, I'm going to

4 show you the transcript.  I will ask you if it

5 refreshes your recollection, and then your

6 counsel can look at it regarding the testimony

7 on that day.

8                    MR. MARVIN:  98 to 99.  It

9              goes top to bottom.

10       A       (Perusing document.)

11               Okay.

12       Q       Does that refresh your

13 recollection that you indicated that typically

14 it's Neil Goldsmith that does all initial

15 evaluations while you are with him in the room

16 taking notes?

17       A       Yes.

18       Q       Did that procedure take place

19 with the evaluation of Nancy Martinez, if you

20 recall?

21       A       I can't say a hundred percent

22 sure.

23       Q       Is Neil Goldsmith still an

24 employee of yours?

25       A       Yes.

Page 18

1                    R. Harvey, D.C.

2          Q        Does he still do initial

3     evaluations?

4          A        Yes.

5          Q        What were Ms. Martinez's

6     complaints or symptoms when she appeared at

7     your office and you evaluated her, or

8     Mr. Goldsmith evaluated her?

9          A        She complained of neck pain,

10    lower back pain, hand pain, tingling into the

11    hand -- into the hands, left knee pain, upper

12    back pain.

13         Q        Did she complain of anything

14    else?

15         A        It looks like right shoulder,

16    right arm pain.

17         Q        And where are all of these

18    complaints indicated on the initial evaluation

19    form, Exhibit N?

20         A        We use pictures, and there's

21    also words.

22         Q        And where is the knee pain

23    indicated?

24         A        Right here (indicating).

25         Q        And where is the right shoulder

Page 19

1                    R. Harvey, D.C.

2    pain indicated?

3         A      Right here (indicating).

4                    MR. MARVIN:  And just for

5                record, Dr. Harvey is pointing

6                to --

7                    THE WITNESS:  The right

8                shoulder.

9                    MR. MARVIN:  -- the diagram

10               of a person on the paper.

11        Q      And, Dr. Harvey, that was for

12   the knee pain also?  That's this circle on the

13   person (indicating)?

14        A      Yes.

15        Q      And where is the circle for

16   "right shoulder"?  Is that this circle

17   (indicating)?

18        A      Yes.

19        Q      And could you just briefly

20   explain what the results of the examination

21   were in all the various boxes on Exhibit N.

22                   And, Dr. Harvey, is this your

23   handwriting?  Did you fill this out?

24        A      Yes.

25        Q      So with respect to the

1                     R. Harvey, D.C.

2    examination on the top portion of the form

3    where it lists "biceps, triceps," et cetera,

4    could you explain the examination you

5    performed and what the results were.

6         A        Those are reflex tests.  And the

7    reflexes --

8                   (Interruption at the door.)

9                   (Brief recess taken.)

10        A        The reflexes were normal, with

11   the exception of the extensor digitorum reflex

12   on the right, which was hypoactive, and the

13   Achilles reflex on the left, which was

14   hypoactive.

15                 There were subluxations of C2

16   through C4, C5 through C7 and L4 through S1.

17   There was paraspinal muscle spasm.  There was

18   a weakness of the left foot dorsiflexors.

19   Lasegue's test was positive, as was Bragard's

20   test.

21        Q        What's a Lasegue's test?

22        A        Lasegue's test is a test to test

23   if there's nerve root irritation, and it was

24   positive on the left, as was Bragard's test.

25        Q        How was that test performed, the

Page 21

1                         R. Harvey, D.C.

2     Lasegue's test?

3          A      You lift up the person's leg and

4     you see if it exacerbates their pain.   And

5     Bragard's is the same test, except this time

6     you just bend the foot to stretch the nerve.

7          Q      And based upon the initial

8     evaluations, what was your recommended course

9     of treatment for Ms. Martinez?

10         A      She was going to undergo a

11    course of chiropractic care with myself.

12         Q      And did Ms. Martinez meet with

13    anyone else at Harvey Family's office on

14    June 17th?

15         A      I don't believe so.

16         Q      Did you recommend that she meet

17    with a physical therapist?

18         A      I believe so.

19         Q      And why was that?

20         A      She was having extremity pain.

21    And for the treatment of extremities, physical

22    therapy is what's recommended.

23         Q      And which extremities was she

24    having pain in wherein you recommended that

25    she see a physical therapist?

Page 22

1                       R. Harvey, D.C.

2        A       For her right shoulder.

3        Q       Did you recommend that she

4   undergo any sort of treatment?

5        A       I recommended that she also

6   consult with the acupuncturist.

7        Q       At your office?

8        A       Correct.

9        Q       Did you make any other

10  suggestions to her?

11       A       Not that I recall.

12       Q       Did she meet with a physical

13  therapist?

14       A       Yes, she did.

15       Q       And that's at your office?

16       A       Yes.

17       Q       Do you know when she first met

18  with the physical therapist?

19       A       Looking at the record, it looks

20  like 6/19 was the first day she saw the

21  physical therapist.

22       Q       That was two days after she saw

23  you?

24       A       Correct.

25                       MR. MARVIN:  Prior to the

Page 23

1              R. Harvey, D.C.

2              EUO we had requested all

3              prescriptions for physical

4              therapy.  Dr. Harvey indicated he

5              believed they were faxed to our

6              office.  I don't believe we

7              received prescriptions for

8              physical therapy.  So, Counsel, I

9              will put it in writing, and we're

10             going to call for the production

11             of those referrals.

12        Q        And I will just ask you,

13   Dr. Harvey, do you know who actually referred

14   Ms. Martinez for physical therapy?

15        A        I believe it was Dr. Dynoff.

16        Q        And do you know how it was that

17   Ms. Martinez came to meet with Dr. Dynoff?

18        A        For pain management I

19   recommended that she see him.

20        Q        So you also recommended pain

21   management?

22        A        Not that she do, that she

23   consult with him.  That's an option for her.

24        Q        And that was also on June 17th

25   when you first met with her, if you recall?

Page 24

1                     R. Harvey, D.C.

2          A        Either the 17th or the 19th.  I

3    don't exactly remember what day I recommended

4    it to her.

5          Q        And why was it that you felt she

6    needed pain management?

7          A        She was having a lot of pain.

8          Q        What parts of the body were most

9    painful for her where you felt pain management

10   would be helpful?

11         A        From my aspect, her neck and

12   back.

13         Q        Let's turn quickly to Exhibit O,

14   which are your progress notes.  Are you

15   familiar with the progress notes in Exhibit O?

16         A        Yes.

17         Q        You prepared all of those

18   yourself during the normal course of your

19   treatment of Ms. Martinez?

20         A        Yes.

21         Q        Could you just briefly describe

22   what sort of treatment you gave to

23   Ms. Martinez, chiropractic treatment, and

24   where you gave her that treatment.

25         A        She received spinal adjustments

Page 25

```
 1                    R. Harvey, D.C.
 2   to her neck and back.
 3        Q      What part of the spine, neck or
 4   back did she receive the treatment on?
 5        A      On 6/18 from C3 to C7 and L2
 6   through S1.
 7        Q      And is it common to change the
 8   areas of treatment as you go along during the
 9   course of a patient's treatment?  By "areas" I
10   mean the parts of the spine, neck and back.
11        A      Depending on what shows on each
12   visit, yes.
13        Q      Are you still treating
14   Ms. Martinez?
15        A      Yes.
16        Q      Has she improved?
17        A      She has shown improvement, yes.
18        Q      Doctor, at some point you
19   referred Ms. Martinez for electromyography and
20   nerve conduction velocity testing of her upper
21   extremities, correct?
22        A      Yes.
23        Q      Do you remember what symptoms
24   she was demonstrating which caused you to
25   refer her for that testing?
```

1                    R. Harvey, D.C.

2         A        I believe she was having

3    radiating arm pain and weakness, and we wanted

4    to determine where it was coming from, whether

5    it was coming from the neck or it was coming

6    from the nerve in the shoulder or the elbow or

7    the wrist, to assess -- to see exactly if any

8    other type of treatment was necessary.

9         Q        Were you able to determine that

10   based on the electromyography and nerve

11   conduction velocity testing that she received?

12        A        I don't recall the results

13   offhand.

14        Q        If you turn to Exhibit R, let me

15   know if you're familiar with that document.

16   And if so, what it is?

17        A        I am familiar with this

18   document.

19        Q        And what is it?

20        A        This was a nerve conduction

21   study which was done of the upper extremity.

22   And the conduction study was done on 7/23 of

23   2013.

24        Q        By whom?

25        A        By Dr. Goldsmith.

Page 27

1                    R. Harvey, D.C.

2        Q        And this was through North

3   Yonkers Chiropractic Services, P.C.?

4        A        Correct.

5        Q        Are you familiar with that

6   company?

7        A        Correct.

8        Q        What is that company?

9        A        That's Dr. Goldsmith's company.

10       Q        I see the address is the same

11   of -- 984 North Broadway, Suite L-09, Yonkers,

12   New York is the same as Harvey Family.   Does

13   North Yonkers Chiropractic Service, P.C. lease

14   space from Harvey Family?

15       A        Yes.

16       Q        Is there a lease agreement?

17       A        Yes.

18       Q        When was that agreement

19   executed, if you remember?

20       A        I don't recall.

21       Q        You can approximate.

22       A        Years ago.   I don't recall when.

23       Q        Do you recall the terms of the

24   lease agreement?

25       A        No.

Page 28

R. Harvey, D.C.

1

2    Q        Do you have a copy of the lease

3    agreement?

4    A        Yes.

5    Q        Where do you maintain that?

6    A        It would be in my office

7    somewhere.

8    Q        And specifically, what space

9    does North Yonkers Chiropractic Services,

10   P.C. -- how much space does the corporation or

11   the company lease from you?

12   A        He has access to all -- any of

13   the treatment rooms in my office that he needs

14   at a particular time.

15   Q        And when you say "he," you're

16   referring to Neil Goldsmith?

17   A        Dr. Goldsmith, yes.

18   Q        And does Dr. Goldsmith perform

19   the NCV -- just for short, EMG/NCV testing --

20   when I say that, I'm referring to

21   electrodiagnostic testing.

22            Does Dr. Goldsmith perform that

23   EMG/NCV testing as needed on any given patient

24   during the course of his employment?

25   A        Yes.

Page 29

1              R. Harvey, D.C.

2        Q        And by that I mean does he have

3   an agreement whereby he comes on certain days,

4   Dr. Goldsmith, when he's not working for you,

5   just to perform EMG/NCV testing, or is it

6   during the course of him working for you

7   during his typical --

8        A        Typically he has specific times

9   that he will see patients for EMGs.

10       Q        And what times are those?

11       A        Typically in the morning.  He

12   will usually do it between 10:00 and 12:00.

13   In the afternoon typically I think it's

14   between 2:00 and 4:00.

15       Q        During those hours, does he also

16   see patients for regular evaluations at Harvey

17   Family?

18       A        If he's not doing his nerve

19   testing, he will.

20       Q        And we discussed Dr. Goldsmith

21   during the previous testimony.  He's a

22   full-time employee of Harvey Family?

23       A        Yes.

24       Q        And could you just, again for

25   the record, state what his hours are.

Page 30

R. Harvey, D.C.

1

2      A      He's in my office from 10:00 to

3  approximately 7:30 on Monday, Tuesday,

4  Wednesday and Friday.  Thursday from 10:00 to

5  2:00, and occasionally on a Saturday.

6      Q      Is he paid by the hour or is he

7  salaried?

8      A      He has a salary.

9      Q      Is it the same salary we

10  discussed at the prior testimony?

11      A      Yes.

12      Q      And for the record, could you

13  just refresh our recollection of what it is.

14      A      I don't know the exact salary.

15      Q      But it's the same as what it

16  was?

17      A      Yes.

18      Q      And with regard to the lease

19  agreement which you indicated was signed, you

20  said, years ago, is there a way you could

21  narrow that down a little bit?  Was it signed

22  more than a year ago?

23              MR. CHISARI:  I'm going to

24              object and tell him not to answer.

25              We have gone through it.  He said

Page 31

1                          R. Harvey, D.C.

2                  he doesn't remember.  It's years

3                  ago.  You called for production of

4                  it.  If he has it, it will have a

5                  date on it.

6          Q      Do you recall who signed that on

7    behalf of North Yonkers Chiropractic Services,

8    P.C.?

9          A      I believe it would be

10   Dr. Goldsmith.

11         Q      Do you recall who prepared the

12   lease agreement?

13         A      No.

14         Q      Do you recall if Dr. Goldsmith

15   or one of his representatives prepared it, or

16   was it you and/or one of your representatives

17   that prepared it?

18                  MR. CHISARI:  I'm going to

19                  object again.  He answered he

20                  doesn't know who prepared it.  How

21                  many different ways are you going

22                  to ask him the same question?

23         A      I don't recall.

24         Q      Do you recall how long the lease

25   agreement was for?

Page 32

                        R. Harvey, D.C.

1
2        A       No.
3        Q       Do you recall if there have ever
4    been amendments to or extensions of the lease
5    agreement?
6        A       Not that I'm aware of.
7        Q       Do you recall the amount that
8    North Yonkers Chiropractic Services, P.C. pays
9    to Harvey Family pursuant to the lease
10   agreement?
11       A       No.
12       Q       Turning back to Ms. Martinez's
13   electrodiagnostic reports, can you tell me
14   what the results were.
15       A       The results showed that there
16   was no evidence of carpal tunnel syndrome or
17   cervical radiculopathy or peripheral
18   neuropathy.
19       Q       And based on that report, did
20   your treatment of her change?
21       A       No.
22       Q       And if the report had shown
23   positive findings of carpal tunnel syndrome,
24   cervical or peripheral neuropathy, would your
25   treatment have changed?

Page 33

1                        R. Harvey, D.C.

2           A      Yes.

3           Q      If there was just a finding of

4    carpal tunnel syndrome, would your treatment

5    have changed?

6           A      Well, there's certain

7    recommendations I would have made to her at

8    that point.

9           Q      Dr. Harvey, let's turn to the

10   physical therapy progress notes for Nancy

11   Martinez.  And this would be Exhibit P.  Are

12   you familiar with these progress notes?

13          A      Yes.

14          Q      Do you know who prepared these

15   progress notes?

16          A      The physical therapist.

17          Q      And who is that?

18          A      Bervin Brual.

19          Q      Did Bervin Brual prepare all of

20   these progress notes?

21          A      Yes.

22          Q      And are these progress notes

23   prepared contemporaneously at the time of

24   treatment, to the best of your knowledge?

25          A      Yes.

Page 34

1                    R. Harvey, D.C.

2          Q       And that's for each individual

3    date?

4          A       Yes.

5          Q       And could you just briefly

6    explain the procedure for filling out these

7    progress notes during Nancy Martinez's

8    treatment.  How is that done?

9          A       The therapist will assess the

10   patient; and based on the assessment, they

11   will mark on the record what the complaints

12   are.

13         Q       Are all of the markings on the

14   SOAP notes entered as the patient is being

15   evaluated?

16         A       I believe so.

17         Q       What is that belief based on?

18         A       Conversations I have had with

19   him in the past.

20         Q       When you say "him," are you

21   talking about Mr. Brual?

22         A       Correct.

23         Q       On the SOAP notes, you see at

24   the top there is a section called "PX C/O."

25   Do you see that?

Page 35

1                       R. Harvey, D.C.

2          A       Yes.

3          Q       What is that?

4          A       I'm not familiar with that.

5          Q       Who would be familiar with that?

6          A       Possibly my biller or Mr. Brual.

7          Q       Now, next to "PX C/O" do you see

8    there are six possible indications which read:

9    "Shooting, dull aching, constant,

10   intermittent, localized" and "radiating"?

11         A       Yes.

12         Q       To your knowledge, what are

13   those words with boxes next to them there for?

14         A       That's an assessment of what the

15   patient is stating to the therapist as to what

16   they're feeling.

17         Q       And so to your knowledge, is the

18   patient asked on each visit to describe the

19   pain they're feeling?

20         A       Yes.

21         Q       And based upon the conversation

22   between Mr. Brual and the patient, is it your

23   understanding that Mr. Brual checks off what's

24   told to him by the patient?

25         A       Yes.

Page 36

1                    R. Harvey, D.C.

2          Q        Dr. Harvey, on the physical

3     therapy progress notes, do you see the "O"

4     section, the objective assessment?

5          A        Yes.

6          Q        And on there, do you see there

7     are eight possible things which could be

8     checked off?

9          A        Yes.

10         Q        Could you describe what each one

11    of those are.

12         A        The first one is "Muscle spasm."

13         Q        And what is your understanding

14    as to when that would be checked off?

15         A        If the patient has muscle spasm.

16         Q        Is that common with the type of

17    injuries which are seen at Harvey Family?

18         A        Yes.

19         Q        And the next box?

20         A        "Tenderness."

21         Q        And could you describe what that

22    means.

23         A        Upon palpation, if it's tender

24    or not.

25         Q        And by "tender," what do you

Page 37

1                    R. Harvey, D.C.

2    mean?

3         A      Painful.

4         Q      And is that common in the type

5    of injuries which present at Harvey Family for

6    physical therapy?

7                        MR. CHISARI:  I'm going to

8                   object and instruct my client not

9                   to answer that question because

10                  it's makes no sense.  "Type of

11                  injuries"?  In reference to what;

12                  car accidents, people falling off

13                  a ladder, people who trip and fall

14                  in the street?

15                        Because we can say that in

16                  a chiropractor's office, most

17                  people who walk in have muscle

18                  spasm, tenderness, neck pain, back

19                  pain, elbow pain, shoulder pain.

20        Q      Dr. Harvey, with patients that

21   are typically in automobile accidents, is it

22   common for them to have tenderness?

23        A      Yes.

24        Q      The next box is

25   "Swelling/edema."  Could you explain under

Page 38

1                    R. Harvey, D.C.

2   what circumstances that box would be checked

3   off.

4        A       If someone had swelling or

5   edema.

6        Q       Is that common in individuals

7   who have been injured in automobile accidents

8   that present to your office?

9        A       It's one of the findings that

10  can be seen.

11       Q       And tightness, based upon what

12  we have discussed so far -- I guess if someone

13  complains of tightness, that would be checked

14  off?

15       A       Yes.

16       Q       Is tightness a common symptom of

17  people who have been injured in automobile

18  accidents who present to Harvey Family for

19  physical therapy?

20       A       Yes.

21       Q       And "Redness," which is the next

22  box --

23       A       Yes.

24       Q       -- is that also a common

25  symptom?

Page 39

1                    R. Harvey, D.C.

2        A        If someone has been bruised,

3   yes.

4        Q        There's two more sections in

5   that area under "O."  One is "ROM," and

6   there's an indication for this claimant, Nancy

7   Martinez, for "Limited."  Could you describe

8   what that means.

9        A        Her range of motion of that

10  joint was limited.

11       Q        And how was that determined?

12       A        The therapist checks the joint.

13       Q        And can you describe the

14  procedure by which the therapist checks the

15  joint.

16       A        He will have them lift the arm

17  up, and he will try and lift the arm up.

18       Q        And at what point would the

19  physical therapist determine that the range of

20  motion was limited?

21       A        If it's not at its full

22  capacity.

23       Q        And by "full capacity," what

24  does that mean?

25       A        Its full range of motion.

Page 40

1                      R. Harvey, D.C.

2          Q       Let's move to the next section

3    of the progress notes which is the "A."  And

4    that's for the assessment?

5          A       Yes.

6          Q       The first box says, "Tolerated

7    treatment well."  When would that box be

8    checked off?

9          A       When they tolerate treatment

10   well.

11         Q       And what does that mean,

12   exactly?

13         A       I guess they were able to

14   undergo the treatment.

15         Q       And the next box says "No

16   significant changes since last visit."  When

17   would that box be checked off?

18         A       If there was no change at all.

19         Q       Could you describe what a

20   significant change is to warrant that box

21   being checked off.

22         A       If there was a lot less pain or

23   a lot less range of motion, a lot less

24   tightness.

25         Q       The next box under "A" is

Page 41

1                     R. Harvey, D.C.

2   "Improvement as anticipated."  Could you

3   describe when that box is checked off.

4         A       As they go through a session of

5   therapy, and if during the therapy -- they do

6   well during therapy, they will check it off.

7         Q       And what does that mean,

8   "Improvement as anticipated"?

9         A       That what was worked on showed

10  some improvement, so it must have shown either

11  less pain after, less spasm, more range of

12  motion.

13        Q       And finally under "A," the

14  "Continued plan of care" --

15        A       That's checked off when the

16  therapist determines that they should continue

17  their plan of care.

18        Q       And as far as the physical

19  therapy treatment program which is under "P"

20  on the SOAP notes, which lists "Moist heat,

21  electrical stimulation, therapeutic exercise,

22  massage, ultrasound, paraffin bath, manual

23  therapy, therapeutic activities" and

24  "other" -- do you know how a physical therapy

25  program is determined for claimants which are

Page 42

R. Harvey, D.C.

1                     R. Harvey, D.C.

2  treated at Harvey Family?

3        A       Well, there are times that an

4  orthopedist will recommend specific things

5  they want done, and there are times that the

6  therapist just gets a prescription for therapy

7  to a specific area, and they want the

8  therapist to determine what is to be done.

9        Q       Is that done on a per-patient

10  basis?  In other words, is it different on

11  different claimants depending on --

12        A       It can be, yes.

13        Q       Now, with regard to the SOAP

14  notes, are you aware if they're ever premarked

15  prior to a patient being treated?

16        A       I don't believe -- no, they're

17  not premarked.

18        Q       And when you say they're not,

19  are you referring to every single section that

20  we just discussed including the "S, O, A, P,

21  home instructions" and "pain"?

22        A       Yes.

23        Q       At the bottom of Ms. Martinez's

24  SOAP note, it indicates "HEP."  Can you

25  describe what that is.

Page 43

R. Harvey, D.C.

1

2    A    I believe it's home exercises.

3    Q    Is it your belief that

4 Ms. Martinez was prescribed home exercises?

5    A    Yes.

6    Q    Do you know what those home

7 exercises are?

8    A    I believe exercises for the

9 shoulder.

10    Q    Specifically what was she told

11 to do?

12    A    I don't know the specifics.

13    Q    Are they indicated anywhere on

14 the documents?

15    A    I don't see it specifically on

16 the document, no.

17    Q    Who would know the specifics?

18    A    The therapist.

19    Q    Is that Mr. Brual?

20    A    Correct.

21    Q    On the physical therapy progress

22 notes on the section indicated "O," there's a

23 box for "MMT." Could you explain what that

24 is.

25    A    I'm not sure exactly what that

Page 44

R. Harvey, D.C.

1
2      signifies.

3          Q      Who would know?  Again,
4      Mr. Brual?

5          A      Correct.

6          Q      Did Ms. Martinez's range of
7      motion ever improve during the course of her
8      physical therapy treatment?

9          A      I don't know.

10         Q      Again, is that something that
11     Mr. Brual would know?

12         A      Yes.  Just based on looking at
13     it when it says, "Improving as anticipated," I
14     assume that's one of the things that's
15     improving.

16         Q      Dr. Harvey, you can see in
17     Exhibit P we have progress notes from
18     June 19th, all the way up through
19     September 9th.  Under the "Range of motion"
20     where it's indicated as "Limited," did that
21     ever change during the course of
22     Ms. Martinez's treatment?

23         A      It continues to be limited.

24         Q      To the best of your
25     understanding, there was no change in her

Page 45

1                    R. Harvey, D.C.

2   range of motion?

3        A     It's still limited.  There may

4   have been a change.  I would have to ask

5   Mr. Brual, but overall it's still limited.

6        Q     Now, is it common not to put the

7   degree of limitation on the progress notes?

8        A     That I don't know.

9        Q     In other words, how would you,

10  reviewing the documents -- or even

11  Mr. Brual -- know over the course of three or

12  four months how the range of motion was

13  improving based on just the word "limited"?

14        A     From that I don't know how he --

15  exactly how he determines it.

16        Q     What about Ms. Martinez's pain

17  level, which on June 19th, you can see from

18  the first progress report, was at a five

19  indicating "distressing"?  During the course

20  of her treatment, how did her pain level

21  change?

22        A     There were times it looks like

23  it was a five.  There were times it was a six.

24  There were times it was a four.  It seems that

25  over all of -- showed, at best, limited

Page 46

R. Harvey, D.C.

1

2      improvement.

3          Q      So, Dr. Harvey, for example, on

4      August 30th, if you could look at that

5      progress note, you can see she indicated --

6      Ms. Martinez indicated shoulder pain of four

7      on a scale of zero through ten, which is

8      "discomforting."  Do you see that?

9          A      Yes.

10         Q      And on the next visit on

11     September 4th, 2013, she lists shoulder pain

12     two grades higher as a six, which is

13     "distressing."  Do you see that?

14         A      Yes.

15         Q      Do you also see on the SOAP

16     notes there's an indication of "Improvement as

17     anticipated" checked, and also "Continued plan

18     of care" being checked?  And do you also see

19     that the box indicated "No significant changes

20     since last visit" is unchecked?

21         A      Yes.

22         Q      Is a change in pain from a four,

23     "discomforting," to a six, "distressing,"

24     considered a significant change since the last

25     visit?

Page 47

1                        R. Harvey, D.C.

2          A        Some people consider it

3    significant; some people consider it not

4    significant.   It's basically a 20 percent

5    change.

6          Q        Do you consider that

7    significant?

8          A        No.

9          Q        What change would you consider

10   significant?

11                        MR. CHISARI:   I'm going to

12                   object, and I'm going to instruct

13                   my client not to answer that

14                   question.

15                        Are you asking a

16                   hypothetical, Counselor, or are

17                   you --

18                        MR. MARVIN:   I'm asking

19                   him --

20                        MR. CHISARI:   His opinion?

21         Q        On the pain scale of zero to

22   ten, how many grades would it have to change

23   for you to consider it significant enough to

24   warrant checking that on this box?

25         A        Probably about a 50 percent

Page 48

1                    R. Harvey, D.C.

2   change.

3        Q      We discussed how this patient's

4   range of motion remained limited from the

5   first day of her treatment to the last one we

6   were discussing, correct?

7        A      Yes.

8        Q      And we also discussed how her

9   pain went from a five, sometimes to a four,

10  and up to a six as of the last week of her

11  treatment; is that correct?

12       A      Yes.

13       Q      Can you explain why the plan of

14  care she was initially prescribed didn't

15  change, despite the fact that her range of

16  motion didn't improve over several months and

17  her pain stayed the same, or even went up as

18  of the last week of her treatment.

19       A      I believe that the therapist

20  thought that with further care he could get

21  improvement.

22       Q      And what further care?  What

23  type of care?

24       A      Continued therapy.

25       Q      Do you specifically know the

Page 49

                    R. Harvey, D.C.

1
2   type of therapy that Ms. Martinez performed in

3   your office on her shoulder?

4        A     Based on the record, it looks

5   like she had moist heat, she had electrical

6   stimulation, she had exercise and she had

7   manual therapy.

8        Q     And can you describe what the

9   exercise consisted of.

10       A     They would put her joint through

11  different ranges of motion, through different

12  strengthening exercises.  The specifics I

13  wouldn't know.

14       Q     Again, is that something that

15  Mr. Brual would know?

16       A     Yes.

17       Q     Dr. Harvey, take a look at

18  Exhibit N at the writing indicated by

19  Mr. Brual.  In particular, the word "Limited,"

20  a circle of the word "Shoulder," indication of

21  "Home exercise program."  Can you please look

22  at those words between all the different SOAP

23  notes.

24       A     Yes.

25       Q     And would you also look at the

Page 50

1                    R. Harvey, D.C.

2    checkmarks in the "O" section and the "A"

3    section and the "P" section.

4          A      Yes.

5          Q      Dr. Harvey, comparing these SOAP

6    notes from June 19th to September 9th, would

7    you agree that they're actually photocopies of

8    each other, with the exception --

9                        MR. CHISARI:  Objection.

10                       You're not even going there.  Now

11                       you're alleging some kind of

12                       fraud.  Unless you have a basis

13                       for it, other than asking does it

14                       look like a photocopy, he's not

15                       answering the questions.  The

16                       records are what they are.  They

17                       speak for themselves.

18         Q      You can answer.

19                       MR. CHISARI:  No, you

20                       can't.  Don't answer the question.

21         Q      Doctor, were these SOAP notes --

22   were each of these SOAP notes filled out

23   contemporaneously with the treatment of

24   Ms. Martinez?

25         A      Yes.

Page 51

1          R. Harvey, D.C.

2     Q     And is it your testimony that's

3  with regard to every pen mark made on these

4  SOAP notes?

5     A     Yes.

6     Q     Now, we talked a moment ago

7  about the "HEP," the home exercise program.

8  You said you believed there was a home

9  exercise program; is that correct?

10    A     Yes.

11    Q     And with regard to Ms. Martinez,

12 are you aware if she engaged in a home

13 exercise program?

14    A     I believe she did.

15    Q     What's that belief based on?

16    A     She's been compliant with

17 everything else we recommended, so I don't see

18 why she wouldn't be doing it.

19    Q     Was she given a home exercise

20 program to participate in?

21    A     If he wrote it there, yes.

22    Q     Now, Dr. Harvey, at an EUO on

23 October 2nd of this year we spoke with

24 Ms. Martinez, and she denied being given a

25 home exercise program.  Is that inconsistent

Page 52

```
 1                    R. Harvey, D.C.
 2   with your belief?
 3                  MR. CHISARI:  Objection.
 4             Don't answer that.  I don't have
 5             an EUO in front of me.  I'm not
 6             going to let him answer questions
 7             about your characterizations of
 8             somebody else's testimony who is
 9             not here, and we don't have a copy
10             of the transcript.
11       Q     You can answer.
12                  MR. CHISARI:  No, you
13             can't, Doctor.  Don't answer that
14             question.
15       Q     I'm just going to remind you
16   that any failure to answer questions could be
17   considered a failure to cooperate with the EUO
18   and warrant an independent basis for the
19   denial of the claims.
20                  MR. MARVIN:  And we will
21             allow a judge --
22       A     I know that he gave her
23   exercises to do.
24       Q     Do you know what exercises?
25       A     I don't know the specific, I
```

Page 53

1                    R. Harvey, D.C.

2   just know.

3                         MR. MARVIN:   Please mark

4              this.

5                         (Exhibit V-Physical Therapy

6              Progress Notes, was marked for

7              identification as of this date.)

8        Q        With respect to Ms. Martinez

9   being given moist heat treatments, she was

10  given moist heat treatments?

11       A        Yes.

12       Q        Can you describe what that is

13  and what the benefits of that are.

14       A        The moist heat helps to relax

15  the area, make it easier to work on.

16       Q        How long does the treatment

17  last?

18       A        I don't know exactly how long it

19  lasts.

20       Q        Is that also something Mr. Brual

21  would know?

22       A        Yes.

23       Q        And electrical stimulation is

24  also indicated as being given to Ms. Martinez.

25  Can you describe what that is.

Page 54

1                    R. Harvey, D.C.

2       A        A machine that we -- that

3    delivers electromuscle stimulation to the

4    body, and that's put on the area.

5       Q        Do you know the type of machine

6    that's used?

7       A        I don't know the exact name of

8    it.  It's a high volt galvanic machine.  I can

9    get you the brand of it, if you like.

10      Q        With respect to therapeutic

11   exercises, I think you may have said you're

12   not sure what exercises she was actually

13   given; is that correct?

14      A        Right.  I don't know the

15   exercises.

16      Q        And that's something that

17   Mr. Brual would know?

18      A        Correct.

19      Q        And the manual therapy, can you

20   describe what she was given.

21      A        That would be with the hands

22   working on the joint.  Almost like trigger

23   point work, pressure work on the joint.

24      Q        We have marked as Exhibit V,

25   Dr. Harvey, physical therapy progress notes

Page 55

R. Harvey, D.C.

1

2  with respect to -- these are all of the

3  physical therapy progress notes we received by

4  your office in connection with today's EUO.  I

5  will actually read off the claimants that we

6  have here.  I will just need Exhibit A.

7           The names are Juan Carlos

8  Sanchez Herrera, Cynthia Crawford, Nilda

9  Rivera, Jose Moran, Jeanne Poniros, Nancy

10  Martinez, who we have discussed.  It looks

11  like Luan Alamo, Gabriel Laborde, Leon Body.

12           Dr. Harvey, can you please take

13  a look at these SOAP notes.  It's

14  approximately 200 pages representing 200

15  separate treatments for those claimants.

16       A       (Perusing documents.)

17               Yes.

18       Q       Are you familiar with those

19  records?

20       A       Yes.

21       Q       And those are fair and accurate

22  copies of the records that you provided to our

23  office?

24       A       Yes.

25       Q       And would you agree, all of

```
1                    R. Harvey, D.C.
2     these progress reports are of the same type
3     that were filled out in connection with Nancy
4     Martinez?
5              A       Yes.
6              Q       And take a look at the SOAP
7     notes, the pain section which we previously
8     discussed, where "Shooting, dull, constant,
9     intermittent, localized" or "radiating pain"
10    could be checked.  Do you see that section?
11             A       Yes.
12             Q       Would you agree, according to
13    the SOAP notes, the pain described for every
14    single patient on every single date of
15    treatment on all 200 of them were shooting,
16    intermittent and localized?
17             A       Yes.
18             Q       In the practice of physical
19    therapy among these patients, is it common for
20    a claimant to never describe a dull, aching
21    pain?
22             A       In these cases, I guess so.
23             Q       And what about a constant pain?
24    Is it common for a claimant to never describe
25    a constant pain?
```

1                    R. Harvey, D.C.

2        A       For these patients?

3        Q       Do you know if these patients

4   ever described a dull, aching or constant pain

5   during the course of their physical therapy?

6        A       Not based on the record.

7        Q       And what about a radiating pain?

8   Do you know if any of these claimants

9   complained of a radiating pain?

10       A       Not on -- not based on the

11  record.

12       Q       Dr. Harvey, moving on to the

13  objective findings section, which we discussed

14  previously, and we talked about the possible

15  finding of "muscle spasm, tenderness,

16  swelling, tightness, redness" or "other,"

17  those six possible types of diagnosis which

18  could be checked, would you agree that with

19  respect to all, approximately, 200 of these

20  SOAP notes for every date of treatment for

21  every claimant, each one of them indicates

22  muscle spasm, tenderness and tightness?

23       A       Yes.

24       Q       In the practice of physical

25  therapy, is it common for a claimant to never

Page 58

1                    R. Harvey, D.C.

2    have swelling, edema, redness or anything

3    which could be characterized as "other"?

4         A     In these cases, yes.

5         Q     Are you aware of any claimants

6    which are the subject of this EUO which had

7    physical therapy in which "swelling, edema,

8    redness" or "other" was checked on one of

9    their daily progress notes?

10        A     Not that I know of offhand.

11        Q     Looking again at the "O" section

12   of the progress reports, "Range of motion

13   limited," do you see that?

14        A     Yes.

15        Q     Would you agree that on, I

16   believe every one of the approximately 200

17   progress notes, the range of motion is

18   indicated as "Limited"?

19                    MR. CHISARI:  If that's

20                    what the records say, that's what

21                    he'll testify to.

22        A     Yes.

23        Q     Moving on to the "A" section of

24   the, approximately, 200 daily progress notes

25   in Exhibit V, in terms of the assessment,

Page 59

1                    R. Harvey, D.C.

2      would you agree that it was identical for

3      every claimant on every visit?  And by

4      "identical" I mean it's indicated that they

5      tolerated treatment well, improvement as

6      anticipated and to continue plan of care?

7            A      Yes.

8            Q      And with regard to these

9      claimants which are the subject of these,

10     approximately, 200 SOAP notes, if the range of

11     motion continued to be limited for every

12     claimant, why was the plan of care continued,

13     if it appeared to not have been helping?

14           A      Well, it's limited, but they

15     felt it was helping, and felt with continued

16     care it would continue to help.  Even though

17     it's limited, there's different degrees of

18     limitation.

19           Q      Now, are there any records that

20     you know of which would indicate how that

21     range of motion was improving over time?

22           A      Not that I know of.

23           Q      And with regard to the physical

24     therapy program for these, approximately, 200

25     daily progress notes, would you agree that it

Page 60

1                    R. Harvey, D.C.

2   was identical for every claimant on every

3   date?

4          A      Yes.

5          Q      And that's with moist heat,

6   electrical stimulation, therapeutic exercise

7   and manual therapy?

8          A      Yes.

9          Q      Dr. Harvey, is there any

10  difference on how a claimant would receive

11  physical therapy on, say, their shoulder, as

12  compared to their ankle or their hip?

13         A      I'm not sure what you mean by --

14  I don't understand the question.

15         Q      In terms of a physical therapy

16  program which would be prescribed to a

17  claimant who had, say, a shoulder injury,

18  would it be the same as a physical therapy

19  program for someone who, say, had an ankle

20  injury in terms of the possible types of

21  services which could be given?

22         A      Yes.

23                    MR. MARVIN:  Can you read

24                back my question.

25                    (Record read.)

Page 61

R. Harvey, D.C.

1

2          Q          Would you please turn to the

3     physical therapy notes for Juan Carlos

4     Herrera.

5          A          (Perusing documents.)

6                     Yes.

7          Q          Sorry, that's Juan Carlos

8     Sanchez Rivera.

9          A          I have Juan Carlos Sanchez

10    Herrera.

11         Q          Actually, you are right.  It is

12    Herrera.  My apologies.

13                          (Recess was taken.)

14         Q          So we were talking about

15    Mr. Herrera.  What part of the body did

16    Mr. Herrera receive physical therapy on?

17         A          It appears his shoulder and

18    ankle and foot.

19         Q          And with regard to a claimant

20    like Mr. Herrera who receives physical therapy

21    on multiple parts of the body, how is it that

22    these reports distinguish the objective

23    findings, the assessment and the physical

24    therapy program, as between those different

25    body parts?

Page 62

1                      R. Harvey, D.C.

2        A        I don't see a distinction.

3        Q        Was there a distinction with

4    Mr. Herrera between the type of -- well, with

5    the assessment of his shoulder as compared to

6    his ankle?

7        A        I would assume so.  It just

8    looks like it wasn't documented properly.

9        Q        And would that be with regard to

10   every progress note which is in Exhibit V?

11                     MR. CHISARI:  I'm going to

12                ask my client to go through every

13                one.  I'm not going to ask him to

14                do a generalization.

15       A        It looks like he did not

16   differentiate between the different body parts

17   as far as the subjective complaints as to

18   whether -- well, wait.  Sorry, can you repeat

19   the question.

20       Q        We were talking about the

21   objective findings as well as the assessment.

22       A        Right.

23                As far as the assessment, I have

24   to assume both areas, "Tolerated treatment

25   well," "Improvement as anticipated" and

Page 63

R. Harvey, D.C.

"Continued care of plan" since he didn't
differentiate.

Q       And what about objective
findings?

A       I would assume both areas, based
on this, showed spasm, tightness, tenderness.

Q       Now, Doctor, you're assuming
that.  Is it fair to say you don't know for
sure?

A       Correct.

Q       And is it also fair to say
Mr. Brual would have knowledge of that?

A       Yes.

Q       With regard to other claimants
which are subject of today's EUO which also
received treatment to more than one area, but
which the objective findings only have the one
checkmark, is it also fair to say that with
respect to those claimants, that the objective
findings weren't documented properly?

A       Well, I wouldn't say they
weren't documented properly.  They're
documented.  If he's not differentiating them,
I have to assume that there was the spasm,

```
 1                    R. Harvey, D.C.
 2   tenderness and tightness and limited range of
 3   motion of both of those areas.
 4        Q       With respect to those claimants,
 5   it's fair to say you don't know for sure,
 6   though, correct?
 7        A       I don't know for sure, but based
 8   on this record, again, I have to assume that
 9   both those areas showed these complaints,
10   showed these objective findings.
11        Q       Is Mr. Herrera still being
12   treated by you?
13        A       Yes.
14        Q       Do you know if his physical
15   therapy is working?
16        A       I can't say a hundred percent
17   sure.  It looks like there are days it's
18   helping him and days it gets worse, and days
19   better.  I can't say a hundred percent sure
20   what his percent of improvement is.
21        Q       With respect to the other
22   claimants for which we reviewed the progress
23   notes, do you know if any of those claimants
24   have seen improvement in the physical therapy?
25        A       I believe they have seen
```

Page 65

1                    R. Harvey, D.C.

2     improvement by the checkmarks saying

3     "Improvement as anticipated."

4          Q     And do you know any specifics

5     regarding the nature of the improvement with

6     regard to any specific claimant?

7          A     No.

8          Q     Again, is that something that

9     Mr. Brual would know?

10         A     Yes.

11                    MR. MARVIN:  Let's mark

12                    this as the next exhibit, since

13                    we're talking about Mr. Herrera,

14                    some of his acupuncture notes.

15                    (Exhibit W-Acupuncture

16                    notes of Mr. Herrera, was marked

17                    for identification as of this

18                    date.)

19         Q     So we marked W.  Dr. Harvey, are

20    those acupuncture notes and reports related to

21    Mr. Herrera as kept in the usual course of

22    Harvey's business, and which were provided to

23    Allstate in connection with this EUO?

24         A     Yes.

25         Q     And could you explain what this

1                    R. Harvey, D.C.

2    first page is, which at the top indicates "TCM

3    diagnosis."

4         A       It looks like a tongue

5    diagnosis.

6         Q       And why is a tongue diagnosis

7    performed?

8         A       As an acupuncturist they do

9    that.  It gives them clues as to what problems

10   the patient might be having.

11        Q       How is the tongue diagnosis

12   performed?

13        A       Well, he will look at it, he

14   will touch it, he will check the pulse.

15        Q       And in this case, the color is

16   indicated as "Dark red."  Do you see that?

17        A       Yes.

18        Q       And what does that mean?

19        A       His tongue was dark red.

20        Q       Well, I know.  In terms of

21   acupuncture treatment or diagnosis, what does

22   it mean for one to have a dark-red tongue?

23        A       With the overall assessment, it

24   helps them clue in to help treat the patient.

25        Q       Does a dark-red tongue

Page 67

                       R. Harvey, D.C.
1

2    specifically mean anything as compared to

3    purple, bright red, pale red, which are the

4    other colors that are indicated?

5         A      I don't know the exact

6    difference.

7         Q      Again, is that something that

8    the acupuncturist would know?

9         A      Yes.

10        Q      And that's Mr. Hwangbo?

11        A      Yes.

12        Q      The coating can be either clear,

13   thin or thick or white, yellow or black.  Do

14   you see in this instance "thin" is circled?

15        A      Yes.

16        Q      And in terms of an acupuncture

17   diagnosis, what does it mean for the coating

18   to be thin?

19        A      That's the finding that was seen

20   when he examined the tongue.

21        Q      Right.  I understand that's the

22   finding, but what does it mean if the coating

23   is thin?

24        A      It means it was thin.

25        Q      And by "coating" -- what is the

Page 68

```
 1                    R. Harvey, D.C.
 2   coating of the tongue?
 3        A       The surface of the tongue.
 4        Q       Moving on.
 5                    MR. CHISARI:  I was going
 6                to say saliva, Doctor, is that
 7                what they mean by that, or
 8                something else?
 9                    THE WITNESS:  I just
10                believe it's the actual coating on
11                the touch on touch, on palpation.
12        Q       And by "Body," there's a next
13   indicating.  It could be "teeth mark, fissure
14   in the middle," and what's written in here is
15   "horizontal/geographic crack."  Can you
16   explain what that means.
17        A       I don't know the exact
18   significance of it.
19        Q       And as far as "Pulse diagnosis,"
20   which is circled as "Wiry" and "Slippery,"
21   what does that mean?
22        A       Those are acupuncture terms to
23   help assess the patient.
24        Q       Do you know what those terms
25   mean?
```

Page 69

1                R. Harvey, D.C.

2       A       I don't know how to categorize

3   it specifically, no.

4       Q       Is that also Mr. Hwangbo would

5   be able to describe if he was here?

6       A       Yes.

7       Q       In terms of the acupuncture

8   diagnosis, what's the diagnosis here?

9       A       "Posttraumatic."

10      Q       And what does that mean?

11      A       The patient had some type of

12  trauma.

13      Q       In addition, right underneath

14  the diagnosis, it says "Involve in the

15  organ/meridian of."  Do you see that, Doctor?

16      A       Yes.

17      Q       And then there's a few

18  checkmarks under certain terms.

19      A       Yes.

20      Q       Can you describe what that first

21  term is, "SI/UB Tai-Yang."

22      A       It's a small intestine point.

23      Q       And the checkmark next to the

24  "GB/SI Shao-Yang"?

25      A       That's a gallbladder point.

Page 70

1                    R. Harvey, D.C.

2        Q        And the next one, "LI/ST

3   Yang-Ming"?

4        A        It's a large intestine point.

5        Q        And the "DU"?

6        A        "DU"?

7        Q        Is that a "DU" next to it?

8        A        The "DU" is -- that's -- it's a

9   point for the center of the spine.

10       Q        And the "LU/SP Tai-Yin"?

11       A        The LU is a tongue point.

12       Q        So this patient had a diagnosis

13  of some sort of trauma, you indicated.  Is it

14  in those points which we just discussed?

15       A        The points that he's checking

16  off are points where he finds that -- those

17  are points if he works on, will help this

18  patient in his overall recovery.

19       Q        And how does he determine that

20  those are the points which should be worked

21  on?

22       A        By doing his assessment of the

23  patient with the color, the coating, the body,

24  the pulse diagnosis.

25       Q        Now, also on this page at the

Page 71

1                    R. Harvey, D.C.
2      very top it looks like it's written "Dark
3      pale, SLVT."  Do you see that?
4            A      Yes.
5            Q      What does that mean?
6            A      I believe it has to do with the
7      skin, but I'm not a hundred percent sure.
8            Q      Is that also something that
9      Mr. Hwangbo would know?
10           A      Yes.
11           Q      Now, on the next page, Doctor,
12     where it lists "Meridian points commonly used
13     in therapy," there are four of six checked
14     off?  Do you see those?
15           A      Yes.
16           Q      Do you know where those meridian
17     points are?  Let's start with the first one,
18     "Neck pain."  "B20, 21, S13, UB10" and "11."
19     Do you know where all of those meridian points
20     are?
21           A      The those are -- that's -- the
22     SI is a small intestine point.  The UB is a --
23     the UB is along the back, the SI is along the
24     front of the abdomen.  The B is --
25           Q      Doctor, if I could stop you, you

Page 72

                           R. Harvey, D.C.
1
2       appear to be reading from something.
3            A       Yes, the notes.  I consulted
4       with my acupuncturist.  The last time you
5       asked me these questions I didn't know them,
6       so I figured I would be prepared.
7            Q       That's Mr. Hwangbo?
8            A       Yes.
9            Q       So the information you're
10      telling me now is information he told you?
11           A       Yes.
12           Q       When did you speak to
13      Mr. Hwangbo?
14           A       The last few weeks.
15           Q       In preparation for the EUO,
16      today?
17           A       Yes.
18           Q       I think I asked you when we
19      started if you spoke to anyone in the
20      preparation for the EUO and you indicated
21      "no."  Are you changing your answer now?
22           A       I did speak to Mr. Hwangbo.  If
23      that's what I said, yes.
24           Q       Did you speak with anyone else?
25           A       Not that I recall.

Page 73

R. Harvey, D.C.

1

2     Q       Doctor, do you have any

3  firsthand knowledge, other than what was told

4  to you by Mr. Hwangbo, as to what any of these

5  points are?

6     A       No, I'm not an acupuncturist.

7     Q       Doctor, if you could turn to the

8  third-to-last page, which is the first

9  progress note for Mr. Sanchez, first

10  acupuncture progress note --

11    A       Yes.

12    Q       -- could you describe the

13  procedure or process as to how acupuncture was

14  given to Mr. Herrera.

15            Well, let's start with the first

16  day.  Let's start with September 3rd, 2013.

17  Can you describe the points, the acupuncture

18  points, that he was given acupuncture on and

19  the reasons why.

20    A       He was given acupuncture

21  treatment to point SP3, LI11.  He was given

22  treatment to those points because those are

23  the points that the acupuncturist assessed

24  would help him to improve.

25    Q       And why is it that those points,

Page 74

1                    R. Harvey, D.C.

2    in particular, would help improvement with the

3    pain?

4         A       Based on his assessment, those

5    are points that if he works on them, it will

6    help him with the pain.

7         Q       The date we're looking at is not

8    September 3rd, it's actually -- Doctor, you're

9    actually on September 10th, I think, correct?

10   The treatment date on the top left.

11        A       It says here "Date, 9/3."

12        Q       I think that's --

13        A       Just tell me what date you want

14   me to go to.

15                    MR. MARVIN:  Off the

16                    record.

17                        (Discussion held off the

18                    record.)

19        Q       So Doctor, on the progress note

20   do you see a diagnosis anywhere under

21   "Findings"?

22        A       Under "Findings" I -- he's

23   checked off "Moderate."

24        Q       And under that, again it says --

25   what does it say under "Tongue"?

Page 75

1              R. Harvey, D.C.

2        A       Wait.  Sorry, I'm not sure.

3        Q       Under the "Findings" section,

4   under "Tongue," there's some written notes

5   there.  Do you recognize that handwriting?

6        A       That's Mr. Hwangbo.

7        Q       And what does it say?

8        A       It says "Dark, pale."

9        Q       What does it say next to "Pale"?

10       A       I'm not sure what that word is.

11       Q       What does that finding mean?

12       A       That's what he -- what he found

13  when he assessed the patient.

14       Q       And in terms of the patient

15  receiving acupuncture therapy, how would that

16  finding change or alter the therapy?

17       A       Based on what he finds, he

18  will -- it clues him in to what points he's

19  supposed to work on.

20       Q       And in what way did this finding

21  change Mr. Herrera's therapy?

22       A       I don't know.

23       Q       And next to "Pulse" on that same

24  section of the September 3rd acupuncture

25  treatment progress note, what does that say?

Page 76

1                    R. Harvey, D.C.

2        A       I think it's "Slippery and wiry"

3   Is what it seems to say.

4        Q       His pulse is slippery and wiry?

5        A       That's what it appears to say.

6        Q       And what does that mean?

7        A       It was slippery and wiry based

8   on his evaluation.  Those are acupuncture

9   findings and terminology.

10       Q       Are you familiar with these

11  terms, other than what was told to you by

12  Mr. Hwangbo?

13       A       I'm not a acupuncturist.

14       Q       So you're not familiar with the

15  terms, then?

16       A       No.

17       Q       And the "DX" on the findings

18  section, what does that mean?

19       A       It looks like "Q stagnation."

20       Q       And what does that mean?

21       A       The Q point was stagnated.

22       Q       What's the Q point?

23                    MR. MARVIN:  Let the record

24                    reflect Dr. Harvey is looking at

25                    his notes that he indicated he

Page 77

1                    R. Harvey, D.C.

2              wrote after speaking with

3              Mr. Hwangbo.

4        A      I'm not exactly sure what the Q

5   point is.

6        Q      Again, is that something that

7   Mr. Hwangbo would know?

8        A      Yes.

9        Q      As far as the actual acupuncture

10   treatment which was billed for, could you

11   explain what that treatment consisted of.  And

12   let's just pick a date, because I believe

13   they're similar between all dates.  Let's just

14   stick with the September 3rd date for now.

15        A      On September 3rd he gave 15

16   minutes of acupuncture, then an additional 15

17   minutes of acupuncture.  So he will do 15

18   minutes; then he takes the needles out, puts

19   new needles in for an additional 15 minutes.

20   He also uses an infrared heat, and he works on

21   the patient's trigger points with his hands.

22        Q      And in terms of the billing for

23   the acupuncture, is the billing for, say, the

24   ankle done separately than on the neck or the

25   shoulder, or is it considered one acupuncture

Page 78

1                      R.  Harvey,  D.C.

2    treatment?

3          A       I believe he bills it as one

4    treatment.

5          Q       Dr. Harvey, if you could turn to

6    the third-to-last page, which is the

7    9/19/13 progress note, could you tell me

8    what's written right above the treatment plan.

9          A       I don't see 9/13.

10         Q       No, 9/19/13.

11         A       Yes.

12         Q       Could you tell me what's written

13   on that progress note above "Treatment plan."

14         A       "No low back pain."

15         Q       And next to that?

16         A       "Since last treatment," it looks

17   like.

18         Q       Do you know if acupuncture was

19   given to Mr. Herrera on his lower back on

20   9/19/2013?

21         A       No, I don't know.

22         Q       Do you see, on the 9/19 progress

23   note, there's an indication of a treatment

24   site?

25         A       Yes.

Page 79

1                   R. Harvey, D.C.

2        Q       Do you see "Lower back" circled?

3        A       No.

4        Q       I don't know if you're looking

5   at the same one I am.

6        A       It appears to be circled.

7        Q       Do you know if acupuncture was

8   performed on Mr. Herrera's lower back on 9/19?

9        A       Based on these points, I

10  don't -- UB --

11       Q       Well, Doctor --

12       A       It was done on the bladder

13  point.

14       Q       In terms of the treatment site,

15  what's indicated as the treatment site on the

16  progress note?

17       A       "Lower back" is circled.

18       Q       So is it your belief, based on

19  this progress note, that acupuncture is

20  performed on the lower back?

21       A       On that site, yes.

22       Q       And would it be common for

23  acupuncture to be performed, even though the

24  patient indicated that there was no lower back

25  pain since the last treatment?

Page 80

                        R. Harvey, D.C.

1

2      A       Yes.

3      Q       And why is that?

4      A       The pain is just one factor that

5  he goes by.  Just because there's no pain

6  doesn't mean there's not a problem with the

7  area.

8      Q       Is it fair to say, based upon

9  this progress note on September 19th, 2013,

10 Mr. Herrera told Mr. Brual that he had no

11 lower back pain since his last treatment?

12     A       Mr. Hwangbo.

13     Q       Sorry, Mr. Hwangbo.

14     A       Based upon the record, that's

15 what he told him.

16     Q       And his last treatment before

17 September 19th for acupuncture was when?

18     A       It looks like 9/12, I believe.

19     Q       Dr. Harvey, it's correct that

20 you treat Mr. Herrera for back injuries?  You

21 performed chiropractic treatments on him; is

22 that correct?

23     A       Yes.

24                 MR. MARVIN:  Can you mark

25                 this, please.

Page 81

1                   R. Harvey, D.C.

2                        (Exhibit X-Daily

3                   Chiropractic Progress Notes, was

4                   marked for identification as of

5                   this date.)

6        Q       Do you recall if you treated

7    Mr. Herrera on September 19th, 2013?

8        A       I would have to check the

9    record.

10       Q       We have marked as Exhibit X,

11   daily chiropractic progress notes for

12   Mr. Herrera.

13       A       I saw him on 9/19/13, yes.

14       Q       When you saw him on 9/19/2013,

15   did he indicate to you if he was having lower

16   back pain?

17       A       Yes.

18       Q       And what was the level of pain

19   he indicated?

20       A       A six.

21       Q       Which on a scale of one to ten,

22   how was that described verbally?

23       A       Distressing.

24       Q       And do you recall having that

25   conversation with him?

Page 82

1                    R. Harvey, D.C.

2          A       Yes.

3          Q       Did you treat him

4    chiropractically before or after he had

5    acupuncture treatments from Mr. Hwangbo?

6          A       I don't recall.

7          Q       Did you speak with Mr. Hwangbo

8    about the progress of Mr. Herrera?  Have you

9    ever spoken to Mr. Hwangbo in terms of how

10   he's handling treatment?

11         A       No.

12         Q       Did you ever review the

13   acupuncture notes for Mr. Herrera during the

14   course of your treatment of him?

15         A       No.

16         Q       Did you ever review the physical

17   therapy notes for Mr. Herrera during his

18   treatment?

19         A       No.

20         Q       With respect to all the

21   claimants which are the subject of today's

22   EUO, did you ever review their progress

23   reports, the acupuncture and/or physical

24   therapy notes, during the course of your

25   treatment?

Page 83

1                         R. Harvey, D.C.

2          A         Not that I recall.

3          Q         Do you recall if you ever spoke

4    with Mr. Hwangbo about any of the claimants

5    which received acupuncture about their

6    progress?

7          A         I can't recall speaking about

8    any specific patients.

9          Q         Would that be the same with

10   respect to the physical therapy?

11         A         Yes.

12         Q         With respect to Mr. Herrera, do

13   the acupuncture and chiropractic treatments

14   work together or in conjunction, in

15   furtherance of his treatment?

16         A         The goal is that both treatments

17   are going to help him.

18         Q         Now, on September 19th he

19   indicated to the acupuncturist that he had no

20   lower back pain, yet he indicated to you that

21   he had distressing back pain.  Do you know why

22   that is?

23         A         Well, if he saw Mr. Hwangbo

24   first, possibly something he did aggravated

25   his back, or something I did might have

Page 84

R. Harvey, D.C.

1

2    aggravated his back.

3                       MR. MARVIN:  Off the

4            record.

5                       (Discussion held off the

6            record.)

7        Q       Doctor, would it be fair to say

8    that he would have had to -- if what you're

9    saying is the case, wouldn't he have had to

10   have seen Mr. Hwangbo first, since Mr. Herrera

11   indicated he had no lower back pain since the

12   time of the visit?

13       A       Possibly.  Again, I don't know

14   who he saw first.

15       Q       You indicated that his last

16   acupuncture visit was September 13th; is that

17   correct?  Or September 12th, I'm sorry.

18       A       It looks like he was treated on

19   October 29th.  Treatment number seven.

20       Q       When was treatment number four?

21       A       On 9/12.

22       Q       So would it be fair to say that

23   he indicated to Mr. Hwangbo, on 9/19, that he

24   had no lower back pain since the time of

25   September 12th?

Page 85

1                    R. Harvey, D.C.

2        A       On 9/19 the patient told him,

3    from the record, that he was not having low

4    back pain.

5        Q       Since when?

6        A       The last treatment.

7        Q       Which was when?

8        A       Before that looks like 9/12.

9        Q       Now, between that time of

10   September 12th to the 19th, did you treat

11   Mr. Herrera chiropractically?

12       A       Yes.

13       Q       On what dates?

14       A       I saw him on 9/13, 9/15 and

15   9/18.

16       Q       And on those dates, did

17   Mr. Herrera indicate to you that he had back

18   pain?

19       A       Yes.

20       Q       And what was the level of his

21   back pain?

22       A       On 9/13 it was a level seven, on

23   9/15 it was a level seven and 9/18 was a level

24   six.

25       Q       And in terms of the description

Page 86

R. Harvey, D.C.

1

2  of seven, what is it?

3      A      "Horrible."

4      Q      Now, Dr. Harvey, do you know

5  why, if this patient had what he described as

6  horrible back pain between September 12th and

7  the 19th, that Mr. Hwangbo indicated that this

8  patient told him he had no lower back pain at

9  all since September 12th?

10      A      I don't know.

11      Q      Do you believe Mr. Hwangbo would

12  have that information?

13      A      I can only go on his record.  On

14  the record -- he claims on the 19th he wasn't

15  having back pain.

16      Q      Are there any other

17  acupuncturists who work for Harvey Family?

18      A      Right now the only one that's

19  actively working in my office is Mr. Hwangbo.

20      Q      With respect to the claims which

21  are the subject of today's EUO, did any other

22  acupuncturists, other than Mr. Hwangbo,

23  perform services on them?

24      A      No.

25                  MR. MARVIN:  Off the

Page 87

1                    R. Harvey, D.C.

2              record.

3                    (Discussion held off the

4              record.)

5                    MR. MARVIN:  So since we're

6              talking about acupuncture, let's

7              mark as an exhibit the records for

8              Gina Mascia and Paulino Alvarado.

9                    (Exhibit Y-Acupuncture

10             notes of Paulino Alvarado, was

11             marked for identification as of

12             this date.)

13                   (Exhibit Z-Physical Therapy

14             Notes of Jeanne Poniros, was

15             marked for identification as of

16             this date.)

17                   (Mr. Chisari exits the room

18             and Mr. Cox enters the room.)

19        Q       Dr. Harvey, we just marked as

20   Exhibit Y the acupuncture notes for Paul

21   Alvarado?

22        A       Yes.

23        Q       And are those acupuncture notes

24   fair and accurate copies of the notes which

25   are maintained in the course of Harvey

Page 88

1                    R. Harvey, D.C.

2    Family's business and which were provided from

3    your office to Allstate in connection with

4    this EUO?

5         A       Yes.

6         Q       Could you describe the

7    acupuncture treatment provided to this

8    claimant on the first date of treatment.   It

9    looks like June 20th.   And in particular, can

10   you describe the written notes on the progress

11   form.

12        A       It looks like he had a prior

13   accident six years ago.   On the diagnosis, it

14   mentions that the tongue is dark and red.   The

15   pulse is wiry, again, I believe.

16        Q       Do you have any firsthand

17   knowledge of the acupuncture treatment

18   provided to this claimant?

19        A       What do you mean by "firsthand

20   knowledge"?

21        Q       Well, obviously you didn't

22   perform the treatment.   Were you in the office

23   when it was being performed?   In other words,

24   were you there?   Did you ever speak with

25   Mr. Hwangbo about this claimant's acupuncture

Page 89

1                  R. Harvey, D.C.

2    treatment?

3         A      I was in the office.  I don't

4    recall discussing his treatment with him, no.

5         Q      Well, when I say "in the

6    office," obviously you were probably in the

7    building.  You weren't actually in the

8    treatment room?

9         A      No.

10        Q      Is that the same with respect to

11   all of claimants which are the subject of this

12   EUO?

13        A      Yes.

14        Q      So is it fair to say

15   Mr. Hwangbo, the acupuncturist, is the person

16   who would have the most -- or probably the

17   only person that would have knowledge of the

18   actual acupuncture treatment of these

19   claimants?

20        A      Yes.

21        Q      And with respect to physical

22   therapy which was performed on the claimants

23   which were the subject of this EUO, is it also

24   fair to say that Mr. Brual, the physical

25   therapist who performed the services, is the

Page 90

1                        R. Harvey, D.C.

2    person that would have the most knowledge, if

3    not the only person who would have knowledge

4    of those services?

5         A      Yes.

6         Q      Dr. Harvey, on the progress note

7    that you were just talking about, are you able

8    to read any of the notes under the "Pain"

9    section or under the "Acupuncture point"

10   section?

11        A      The "Acupuncture" section looks

12   like he checked off "U11."

13        Q      Do you know what that means?

14        A      "U11" would be --

15                        MR. MARVIN:   The record

16                        should reflect Dr. Harvey is,

17                        again, referencing his written

18                        notes which he wrote in connection

19                        with speaking to Mr. Hwangbo.

20        A      It's a back point.   A point on

21   the back.   And for the other, I'm not sure

22   what the other says.

23        Q      Now, in terms of the billing for

24   these services, are you aware of why certain

25   billing codes are used in connection with

Page 91

1                    R. Harvey, D.C.

2     certain acupuncture services?

3          A      I'm not sure what you mean.

4          Q      So on the progress notes there's

5     certain codes used.  For example, a 97810.

6     Exactly what procedure is performed in order

7     to bill under that code, or was performed with

8     respect to Paulino Alvarado?

9          A      He did needles for 15 minutes,

10    and then he did additional needles for 15

11    minutes.

12         Q      And did he also perform trigger

13    points?

14         A      Yes.

15         Q      And on what part of the body did

16    he perform the trigger points?

17         A      I don't know the part.

18         Q      With respect to the all of the

19    acupuncture notes reflecting services

20    purportedly performed on claimants which are

21    the subject of today's EUO for which trigger

22    points were billed, is it fair to say you

23    don't know the parts of the body on which

24    those services were performed?

25         A      Correct.

Page 92

                              R. Harvey, D.C.

1

2        Q       And again, is it also fair to

3    say that Mr. Hwangbo would have the knowledge,

4    or the best knowledge to handle that?

5        A       He worked on the point, so he

6    knows the points he worked on.

7        Q       Are you aware if anyone else

8    would know those points?  Generally are there

9    other people in the room with him?

10       A       It's just him and the patient.

11       Q       So let's move on to what's been

12   marked as Exhibit Z, which are the physical

13   therapy notes for the same claimant.

14                    MR. MARVIN:  Just let the

15                    record reflect we marked a

16                    different patient as Exhibit Z.

17       Q       We might as well talk about

18   those records since they are already been

19   marked.  And this is Jeanne Poniros.  These

20   are the physical therapy notes, progress

21   notes; is that correct, Dr. Harvey?

22       A       Yes.

23       Q       Could you explain to me what the

24   marking next to "MMT" is on these progress

25   notes.

Page 93

1                    R. Harvey, D.C.

2         A      I'm not sure what that marking

3    is.

4         Q      I think earlier you said you

5    don't know what MMT is; is that correct?

6         A      Correct.

7         Q      And again, would it be Mr. Brual

8    who would have knowledge of those facts?

9         A      Yes.

10        Q      And this patient, Dr. Harvey,

11   looks like he or she had physical therapy on

12   the shoulders; is that correct?

13        A      Correct.

14        Q      Is that both shoulders?

15        A      It appears to be.

16        Q      And again, with the subjective

17   and the objective and the assessment and the

18   plan, there doesn't appear to be an indication

19   as to which shoulder it relates to; is that

20   correct?

21        A      Correct.

22        Q      So how could we determine the

23   progress -- or if the progress is different as

24   to each shoulder within the physical therapy

25   treatment?

Page 94

1                    R. Harvey, D.C.

2        A        Mr. Brual would know.

3        Q        And would you give the same

4   answer with respect to all of the other

5   claimants which are the subject of this EUO,

6   for which they received physical therapy on

7   multiple areas of their body but -- and which

8   no such reflection is indicated on the

9   progress notes?

10       A        Yes.

11       Q        Dr. Harvey, some of these

12   claimants also received medical equipment; is

13   that correct?

14       A        Yes.

15       Q        And you prescribed that medical

16   equipment?

17       A        Yes.

18       Q        So let's just talk briefly about

19   that, and I will try to do some general

20   questions so we don't have to go through each

21   claimant individually.

22       A        Sure.

23       Q        We discussed in your prior

24   testimony that you had a relationship with

25   Clinton Hill Surgical Medical Supplies.

Page 95

1                      R.  Harvey,  D.C.

2          A       Yes.

3          Q       And  do  you  still  have  that  same

4   relationship?

5          A       Yes,  but  I  think  they  go  by  a

6   different  name  now.

7          Q       Is  it  A  &  S  Surgical  Supply?

8          A       Yes,  I  believe  so.

9          Q       And  how  did  you  become  aware

10  that  Clinton  Surgical  Supply  changed  their

11  name  to  A  &  S  Surgical  Supply?

12         A       I  believe  the  representative

13  told  me.

14         Q       Do  you  remember  the

15  representative's  name?

16         A       His  name  is  Steve.

17         Q       And  did  he  explain  to  you  why

18  Clinton  Surgical  changed  its  name  to  A  &  S

19  Surgical?

20         A       No.

21         Q       Now,  the  assignment  of  benefits

22  forms  for  durable  medical  equipment  from

23  claimants  to  A  &  S  Surgical,  are  those

24  executed  in  your  office?

25         A       Yes.

Page 96

R. Harvey, D.C.

1

2      Q      So it's fair to say that A & S

3   Surgical gave you a stock of those, and

4   they're executed in your office?

5      A      Yes.

6      Q      And what's the procedure

7   pursuant to which patients actually receive

8   the equipment?

9      A      Normally I recommend equipment

10  to them.  I will let the girls know.

11     Q      Sorry, when you say "girls" --

12     A      The girls at my front desk, the

13  secretaries.  And then the patient will sign

14  for the equipment that they're receiving.

15     Q      Do you fill out a prescription

16  for the durable medical equipment?

17     A      I usually -- I have a sticky

18  like this (indicating) that I will put on

19  their SOAP note, which when the patient gives

20  it to the girl, the girl will see it and they

21  will know what to give to the patient.

22              MR. MARVIN:  Let's mark as

23              Exhibit AA documents which we

24              received from your office in

25              connection with today's EUO.

Page 97

R. Harvey, D.C.

2                     (Exhibit AA-Prescription

3                Forms, was marked for

4                identification as of this date.)

5        Q        Dr. Harvey, are you familiar

6   with those documents in Exhibit AA?

7        A        Yes.

8        Q        And what are they?

9        A        This is a prescription form that

10  patients in my office will sign when we're

11  giving them supplies.

12        Q        And this is actually a stack of

13  forms, it's more than just one?

14        A        You have given me a stack of

15  forms, yes.

16        Q        And I guess the signature on the

17  bottom, is that a stamp or from a computer?

18  The signature of your name.

19        A        That signature, I usually sign

20  them, I believe.  I'm not sure.

21        Q        Look through the stack and let

22  me know if you recall signing these

23  individually or if they're printed or

24  photocopied or a stamped signature?

25        A        It looks like a stamped

Page 98

1                    R. Harvey, D.C.

2   signature.

3        Q        Does Harvey Family maintain a

4   signature stamp of your signature?

5        A        I believe maybe I signed one and

6   then I made copies of it.  I'm looking at

7   this.  That's what it possibly looks like.

8        Q        So you believe that you signed

9   one at some point, and then photocopies were

10  run off with your signature?

11       A        Based on this, yes.

12       Q        Were these prescriptions ever

13  actually given to the claimants?

14       A        (No verbal response.)

15       Q        In other words, if they wanted

16  -- are prescriptions ever given directly to

17  claimants or are they given right to the front

18  desk for the DME to be dispensed?

19       A        It's done at the front desk.

20       Q        And do you maintain an inventory

21  of the DME?

22       A        Yes.

23       Q        And when A & S Surgical Supply,

24  I guess, took over for Clinton Surgical

25  Supply, or the name changed, did you ever have

Page 99

1                     R. Harvey, D.C.

2    any discussions with anybody from the company

3    as to why that was done?

4            A      No.

5            Q      Did you ever think to ask why it

6    was done?

7            A      No.

8            Q      Do you have any written or other

9    agreements with A & S Surgical Supply

10   regarding the provision of DME, durable

11   medical equipment, through your office?

12           A      No.

13           Q      Does your office maintain any

14   arm slings or ankle braces or DME, other than

15   that which would be used for the back or the

16   neck?

17           A      Yes.

18           Q      And is that DME ever prescribed

19   to claimants?

20           A      Occasionally.

21           Q      Now, we talked about Jeanne

22   Poniros and her physical therapy on her

23   shoulder.

24           A      Yes.

25           Q      Was she ever prescribed any sort

Page 100

1                    R. Harvey, D.C.
2    of arm sling or other DME for her shoulder?
3         A        Not that I recall.
4         Q        Do you know why?
5         A        Why what?
6         Q        Why she wasn't prescribed DME
7    for her shoulder.
8         A        No.
9         Q        Does Mr. Brual ever prescribe
10   DME through Harvey Family?
11        A        He personally doesn't, but there
12   are times if he thinks maybe someone needs
13   something, he will mention it to me and then I
14   will get it for the patient.
15        Q        And do you recall if that was
16   the case with Ms. Poniros?
17        A        I don't recall if she -- what
18   she received.
19        Q        With respect to the claimants
20   which are the subject of today's EUO which
21   received physical therapy on their shoulder,
22   are you aware if any of them received any sort
23   of DME which would help their shoulder injury?
24        A        Not that -- not offhand.  I
25   don't recall.

Page 101

R. Harvey, D.C.

1

2      Q      Is there anything that would

3  refresh your recollection?

4      A      If I saw that someone had got a

5  DME, then it would refresh my recollection.

6      Q      Again, would Mr. Brual know if

7  he suggested DME for any particular claimant?

8      A      Yes, he would know.

9      Q      Does Mr. Hwangbo ever suggest

10  that a claimant received DME?

11      A      No.

12      Q      Now, Dr. Harvey, Nilda Rivera,

13  one of Harvey Family claimants who has her

14  physical therapy notes in Exhibit V, at times

15  described her shoulder pain as distressing; is

16  that correct?

17      A      Yes.

18      Q      And are you aware if she was

19  prescribed any DME to help her shoulder during

20  the course of her treatment?

21      A      I'm not aware, no.

22      Q      Do you ever prescribe TENS or

23  EMS units for the treatment of patients?

24      A      I will occasionally prescribe a

25  TENS unit, yes.

Page 102

R. Harvey, D.C.

1

2      Q      Do you keep those on hand at

3  Harvey Family?

4      A      Yes.

5      Q      And what about shoulder braces,

6  do you keep shoulder braces on hand?

7      A      No.  If we need a shoulder

8  brace, they will deliver it to us.

9      Q      Do you recall that happening

10  with respect to any of the claimants which are

11  the subject of this EUO?

12      A      I don't know about these

13  specific claimants.  I know we have done it in

14  the past, but I don't know about these

15  specific ones.

16      Q      And what's the procedure for the

17  A & S Surgical Supply assignment of benefits

18  form being filled out in your office?  And how

19  does that work in terms of being filled out

20  and being provided to A & S Surgical Supply?

21      A      We will fill it out, and then

22  they will come and pick it up.  I think once a

23  month they will pick up the prescriptions.

24      Q      And when you say "they" --

25      A      A & S.

Page 103

1                    R. Harvey, D.C.

2          Q      Do you know who from --

3          A      Steve.

4          Q      Do you know his last name?

5          A      I don't know.

6          Q      Can you describe what he looks

7   like?

8          A      He's about six-two, six-three.

9   Caucasian.

10         Q      The color of his hair?

11         A      Brown.

12         Q      Anything else to distinguish

13  him?

14         A      No.

15         Q      So just to clarify, the

16  procedure is these assignment of benefit forms

17  are signed in your office -- I guess kept to

18  the side -- and once a month Steve comes in

19  and he picks them up, correct?

20         A      Approximately.

21         Q      Approximately once a month.

22         A      Yes.

23         Q      And do you ever meet with anyone

24  from A & S to go over the types of medical

25  equipment that they're giving to you in order

Page 104

1                   R. Harvey, D.C.

2    for you to provide to your patients?

3          A      Well, occasionally he's given

4    me -- he said to try a different support and I

5    didn't like it, or I liked it and -- those are

6    the only discussions I have ever had.

7          Q      Let's talk specifics.  The

8    cervical pillows which were prescribed to

9    Gabriel Laborde, according to the prescription

10   in Exhibit AA, do you know the make, model or

11   manufacturer of that cervical pillow?

12         A      Offhand I don't know, no.

13         Q      And what about the hot/cold pack

14   or the orthopedic lumbar support, do you know

15   the make, model or manufacturer of any of

16   those items?

17         A      No.

18         Q      Do you know offhand the make,

19   model or manufacturer of any of the DME which

20   you prescribed?

21         A      Not offhand, no.

22         Q      Do you ever give claimants

23   instructions on how to use the various DME

24   which are given to them from the front desk?

25         A      Yes.

Page 105

R. Harvey, D.C.

1

2      Q      And at what point do you do

3   that?

4      A      When I recommend it to the

5   patient.

6      Q      Do you keep items of the DME in

7   the exam rooms so you can show them how to use

8   it?

9      A      I have it stored, and I will

10  give it to them and I will show them how to

11  use it.

12      Q      I'm sorry, I thought you said

13  that the procedure was they go to the front

14  desk with the paper and it's given to them by

15  the girls at front desk?

16      A      Well, they will have them sign

17  it, but there's times -- if I have to show

18  them -- like a pillow I don't have to show

19  them how to use it.  But like we have a

20  cervical pump we use or a lumbar pump, and

21  that I will show to the patient.

22      Q      During the last EUO we had

23  discussed the Harvey Family profits, but they

24  hadn't -- the taxes hadn't yet been done for

25  the year.  In terms of the profits for 2012,

1                    R. Harvey, D.C.

2    what percentage did Mr. Brual receive?

3         A       I think things just came

4    through.  I don't know the percentage.  Well,

5    he's one percent partner.  Whatever the

6    agreement says.  So my accountant tells me,

7    and then we take it from there.

8         Q       Do you recall issuing any

9    profits to Mr. Brual within the last year?

10        A       Yes.

11        Q       And when was that?

12        A       I don't recall.

13        Q       How many times?

14        A       We just do it once a year.

15        Q       And what about Mr. Hwangbo, did

16   you distribute any profits to him?

17        A       Yes, once a year.

18        Q       Do you recall when it was?

19        A       No.

20        Q       Do you recall how much

21   Mr. Hwangbo received?

22        A       No.

23        Q       And with respect to Mr. Brual,

24   you said you believe it's one percent of the

25   profits of Harvey?

Page 107

1                    R. Harvey, D.C.

2        A        It's either one or two percent.

3    Whatever the agreement says.

4        Q        Do you recall what the total

5    profits of Harvey Family was last year?

6        A        No.

7        Q        Could you approximate?

8        A        I have no idea.

9        Q        Let's talk about, again,

10   Mr. Goldsmith and North Yonkers Chiropractic

11   Services, P.C.  Did you ever have any

12   discussions with him, with Mr. Goldsmith,

13   regarding him forming that company prior to it

14   being formed?

15       A        I'm sure I must have -- I don't

16   remember the exact discussion.  I'm sure I

17   must have discussed something, but I don't

18   recall exactly what was discussed.

19       Q        And why do you recall you must

20   have discussed something?

21       A        Just because we talk about

22   things all the time.  Something like this

23   would be important, so I'm sure we would have

24   discussed it.

25       Q        Do you know when North Yonkers

Page 108

1                    R. Harvey, D.C.
2    Chiropractic Services was actually formed?
3         A      No.
4         Q      And earlier you said you don't
5    know when you entered into a lease agreement
6    service with North Yonkers Chiropractic
7    Services, P.C.
8         A      No, I don't.
9         Q      Could you approximate in a
10   few-month period?
11        A      No.
12        Q      In a six-month period?
13        A      No, I really couldn't.
14        Q      And I think I asked you this
15   question in a limited way before.  Do you
16   recall any terms whatsoever in the lease
17   agreement between Harvey Family and North
18   Yonkers Chiropractic Services?
19        A      No.
20        Q      Do you know if Harvey Family
21   receives a set amount each month for the
22   lease, or is the amount different?
23        A      No, it's a set amount.
24        Q      And you don't know what the
25   amount is?

Page 109

1                    R. Harvey, D.C.

2          A      No.

3          Q      Since our last EUO -- and I will

4    give you the date when we spoke -- on

5    March 21st, 2013, has Harvey Family hired any

6    new employees?

7          A      No.

8          Q      Have you fired any employees or

9    has anyone left?

10         A      No.  I had actually a girl on

11   maternity leave for three months, but that's

12   it.

13                    MR. MARVIN:  Off the

14               record.

15                    (Discussion held off the

16               record.)

17         Q      Dr. Harvey, with respect to the

18   physical therapy for the claimants which are

19   the subject of today's EUO, I know for

20   Ms. Martinez you believed it was Dr. Dynoff

21   who prescribed the physical therapy?

22         A      Right.  Typically -- well, I

23   believe so.  It could have been Dr. Kushner.

24   It could have been Dr. Solomon.  There's other

25   doctors that my patients see.  I'm not a

Page 110

1                       R. Harvey, D.C.

2   hundred percent sure who referred her.

3           Q       Are Kushner and Solomon located

4   in your office building?

5           A       No.

6           Q       Were all of the claimants which

7   are the subject of today's EUO referred for

8   physical therapy by one of those three

9   doctors?

10          A       No.   There's more than those

11  doctors.   Sometimes it's their primary doctor.

12  Sometimes it's another orthopedist or another

13  neurologist.   A lot of different physicians

14  refer.

15          Q       I'm just going to go back to

16  some of your prior testimony in areas where

17  you indicated that you didn't know the answer

18  to certain questions and to see if you now

19  know the answers.   And this in particular

20  we're going to go back to your March 21st,

21  2013 testimony.

22                      MR. COX:   Before we do

23                      that, was Lou here when you asked

24                      all those questions?

25                      MR. MARVIN:   Yes.

Page 111

1          R. Harvey, D.C.

2               MR. COX:  Let me make sure

3          he doesn't want to be in the room.

4          There may be some issues.

5               Let's go off, and let me be

6          back in two minutes.

7               (Brief recess taken.)

8               (Mr. Cox left the room and

9          Mr. Chisari entered the room.)

10      Q     So Dr. Harvey, I'm going to

11  repeat some questions that I asked you -- and

12  at the time you indicated that you didn't

13  know -- and see if you now know the answers.

14          With respect to Derrick Norman,

15  a claimant we discussed who had physical

16  therapy services performed, I had asked you if

17  you knew what a McMurray test was, and you

18  indicated it was for knee pain, and then I

19  asked what a Clarke test was, and you

20  indicated you were not familiar with what the

21  Clarke test was.  Do you now know what the

22  Clarke test is?

23      A     No.

24      Q     I had also asked you about the

25  Yerbasin (phonetic) test.  Are you familiar

Page 112

R. Harvey, D.C.

1
2    with that?

3         A       Could you spell it.

4         Q       Actually, in the transcript it's

5    listed as phonetic, so I can't, so we will

6    move on.

7                 I asked about the speed test.

8         A       No.

9         Q       Not familiar?

10        A       No.

11        Q       The Phalen test, P-H-A-L-E-N?

12        A       Phalen is a test on the wrist

13   for carpal tunnel syndrome.

14        Q       I had asked you why a Clarke

15   test and a Speed test were performed on

16   Mr. Norman, and you indicated you didn't know.

17   Is that answer still the same?

18        A       Yes.

19        Q       With respect to acupuncture

20   services, I had asked you about indications of

21   damp accumulation, bi syndrome, qi deficiency

22   and E-U-N, eun, deficiency.  And I asked you

23   to explain what those four terms mean, and you

24   indicated you couldn't.  I believe you might

25   have explained bi syndrome earlier; is that

Page 113

```
 1                   R. Harvey, D.C.
 2   correct?
 3        A       I believe so.  But the other
 4   ones I'm not familiar with.
 5        Q       Okay.
 6                I had also asked you, with
 7   respect to Mr. Norman, what an acupuncture
 8   treatment cycle consisted of, and you
 9   indicated you didn't know.  Do you now know?
10        A       The only thing I can think of is
11   the recommended course of care.
12        Q       I had also asked about the Ashi,
13   A-S-H-I, acupuncture point, and you indicated
14   you didn't know what that was.  Do you now
15   have any knowledge about what that is?
16        A       No.
17                    MR. MARVIN:  I have no
18                    further questions for today.  I
19                    will put a statement on the record
20                    that with respect to the
21                    acupuncture and physical therapy
22                    services, again it appears that
23                    Dr. Harvey does not have knowledge
24                    of those services which are
25                    performed on the claimants, which
```

Page 114

1        R. Harvey, D.C.

2    are the subject of today's EUO.

3        The responses to many of

4    his questions regarding physical

5    therapy and acupuncture were "I

6    don't know," and he indicated

7    several times that Mr. Brual would

8    have knowledge of those questions

9    with respect to the claimants we

10   talked about with respect to

11   physical therapy, and Mr. Hwangbo

12   with respect to acupuncture.

13       For that reason, Allstate

14   is reserving our right to seek

15   testimony from those individuals

16   in connection with the additional

17   verification of these claims.

18       MR. CHISARI:  At this time,

19   Harvey Family Chiropractic,

20   Physical Therapy & Acupuncture

21   PLLC feels it's complied with all

22   requests, and at this point, no

23   further EUOs are required.  I have

24   produced a witness over several

25   days, and he has answered all the

Page 115

1

2              questions put forth.

3                    MR. MARVIN:   Thank you,

4              Dr. Harvey.

5                    (Time noted:  2:26 p.m.)

6

7

8              _____

9                    RICHARD G. HARVEY

10

11

   Subscribed and sworn to

12 before me this     day

   of            , 2013.

13

14 _____

15     Notary Public

16

17

18

19

20

21

22

23

24

25

Page 116

1
2                          INDEX
3    WITNESS              EXAMINATION BY              PAGE
4    Richard G. Harvey    Mr. Marvin                  3
5
6                    DEFENDANT EXHIBITS
7    Exhibit No.
8    Exhibit M      Letter dated December 3, 2013     3
9    Exhibit N      Initial Chiropractic Report       3
10   Exhibit O      Chiropractic Progress Notes       3
11   Exhibit P      Physical Therapy Progress Notes   3
12   Exhibit Q      Acupuncture Progress Notes        3
13   Exhibit R      Electrodiagnostic Testing Report 3
14   Exhibit S      Billing Documents                 3
15   Exhibit T      Third Amended Operating Agreement
                    of Harvey Family Chiropractic,
16                  Physical Therapy & Acupuncture    3
17   Exhibit U      Office of Professions Website
                    Printout                         13
18
     Exhibit V      Records of Jose Moran            53
19
     Exhibit W      Acupuncture records of Juan
20                  Sanchez-Herrera                  65
21   Exhibit X      Chiropractic Records of Juan
                    Sanchez-Herrera                  81
22
     Exhibit Y      Acupuncture Records of Paulino
23                  Alvarado                         87
24   Exhibit Z      Physical Therapy Records
                    of Paulino Alvarado              87
25

Page 117

1

2                    DEFENDANT EXHIBITS

3    Exhibit No.

4    Exhibit AA        Prescription Forms              97

5

6                   INFORMATION REQUESTED

7    Copy of executed agreement                       11

8    Copy of all physical therapy prescriptions       23

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2              ERRATA SHEET FOR THE TRANSCRIPT OF:

3    Case Name:  EUO of Harvey Family Chiropractic
     Deposition Date:  December 5, 2013
4    Deponent:  Richard G. Harvey, D.C.
     Place:  108 New South Road, Hicksville, New York

5

6                        CORRECTIONS

7    PG   LN    NOW READS        SHOULD READ    REASON FOR
     ___  ___  _____    _____   _____
8
     ___  ___  _____    _____   _____
9
     ___  ___  _____    _____   _____
10
     ___  ___  _____    _____   _____
11
     ___  ___  _____    _____   _____
12
     ___  ___  _____    _____   _____
13
     ___  ___  _____    _____   _____
14
     ___  ___  _____    _____   _____
15
     ___  ___  _____    _____   _____
16
     ___  ___  _____    _____   _____
17
     ___  ___  _____    _____   _____
18
     ___  ___  _____    _____   _____
19
     ___  ___  _____    _____   _____
20

21
     _____              _____
22   Date                        RICHARD G. HARVEY, D.C.

23   Subscribed and sworn to before me
     this      day of            2013.
24
     _____
25        (NOTARY PUBLIC)

Page 119

1

2                C E R T I F I C A T I O N

3

4            I, CHERYL ROBERTSON, a Notary Public in

5   and for the State of New York, do hereby certify:

6            THAT the witness whose testimony is

7   hereinbefore set forth, was duly sworn by me; and

8            THAT the within transcript is a true

9   record of the testimony given by said witness.

10            I further certify that I am not related,

11   either by blood or marriage, to any of the parties

12   in this action; and

13            THAT I am in no way interested in the

14   outcome of this matter.

15            IN WITNESS WHEREOF, I have hereunto set my

16   hand this 20th day of December 2013.

17

18

19

20                          _____

21                          Cheryl Robertson

22

23

24

25

**&**

**&**   1:5 2:4,8,9 3:14
  8:15 95:7,11,18,23
  96:2 98:23 99:9
  102:17,20,25
  103:24 114:20
  116:16

**0**

**0267780377**   1:14
**0283365179**   1:12
**0283979960**   1:10,11
**0285867107**   1:10
**0287406367**   1:15
**0288691439**   1:11
**0289573189**   1:13
**0289769258**   1:13
**0290044403**   1:12
**0291456317**   1:14,15
**0297442121**   1:16
**0298079211**   1:17
**0300069754**   1:16
**09**   27:11

**1**

**10006**   2:5
**108**   1:18 2:10 118:4
**10:00**   29:12 30:2,4
**10th**   74:9
**11**   71:18 117:7
**11801**   2:10
**11:47**   1:20
**1280.266**   1:8
**12:00**   29:12
**12th**   84:17,25 85:10
  86:6,9
**13**   116:17
**13th**   84:16
**14**   11:15
**15**   77:15,16,17,19
  91:9,10
**17th**   21:14 23:24
  24:2
**18**   17:2

**19th**   24:2 44:18
  45:17 50:6 80:9,17
  81:7 83:18 85:10
  86:7,14

**2**

**20**   47:4
**200**   55:14,14 56:15
  57:19 58:16,24
  59:10,24
**2012**   9:5 12:12
  105:25
**2013**   1:20 13:6
  15:23 16:25 26:23
  46:11 73:16 80:9
  81:7 109:5 110:21
  115:12 116:8 118:3
  118:23 119:16
**20th**   88:9 119:16
**21**   71:18
**21st**   16:25 109:5
  110:20
**23**   117:8
**24**   17:2
**29th**   84:19
**2:00**   29:14 30:5
**2:26**   115:5
**2nd**   51:23

**3**

**3**   116:4,8,8,9,10,11
  116:12,13,14,16
**30th**   46:4
**3rd**   73:16 74:8
  75:24 77:14,15

**4**

**4:00**   29:14
**4th**   13:6 46:11

**5**

**5**   1:20 118:3
**50**   47:25
**53**   116:18

**6**

**6/17**   15:23
**6/18**   25:5
**6/19**   22:20
**65**   116:20

**7**

**7/23**   26:22
**7/30**   30:3

**8**

**81**   116:21
**87**   116:23,24

**9**

**9/12**   80:18 84:21
  85:8
**9/13**   78:9 85:14,22
**9/15**   85:14,23
**9/18**   85:15,23
**9/19**   78:22 79:8
  84:23 85:2
**9/19/13**   78:7,10
  81:13
**9/19/2013**   78:20
  81:14
**9/3**   74:11
**97**   117:4
**97810**   91:5
**98**   16:25 17:8
**984**   27:11
**99**   17:2,8
**9th**   44:19 50:6

**a**

**a.m.**   1:20
**aa**   96:23 97:2,6
  104:10 117:4
**abdomen**   71:24
**ability**   7:12
**able**   26:9 40:13 69:5
  90:7
**access**   28:12
**accident**   88:13
**accidents**   37:12,21
  38:7,18

**accountant**   106:6
**accumulation**
  112:21
**accurate**   6:9 15:11
  55:21 87:24
**achilles**   20:13
**aching**   35:9 56:20
  57:4
**action**   119:12
**actively**   86:19
**activities**   41:23
**actual**   68:10 77:9
  89:18
**acupuncture**   1:6 2:9
  4:10,23 8:15 65:14
  65:15,20 66:21
  67:16 68:22 69:7
  73:10,13,17,18,20
  75:15,24 76:8 77:9
  77:16,17,23,25
  78:18 79:7,19,23
  80:17 82:5,13,23
  83:5,13 84:16 87:6
  87:9,20,23 88:7,17
  88:25 89:18 90:9,11
  91:2,19 112:19
  113:7,13,21 114:5
  114:12,20 116:12
  116:16,19,22
**acupuncturist**   10:18
  13:22 22:6 66:8
  67:8 72:4 73:6,23
  76:13 83:19 89:15
**acupuncturists**
  86:17,22
**addition**   69:13
**additional**   3:17
  77:16,19 91:10
  114:16
**address**   27:10
**adjustments**   24:25
**advice**   8:3
**advised**   8:4
**advisement**   12:2

**afternoon** 29:13
**aggravated** 83:24
  84:2
**ago** 27:22 30:20,22
  31:3 51:6 88:13
**agree** 50:7 55:25
  56:12 57:18 58:15
  59:2,25
**agreement** 8:14,19
  8:20,21,25 9:4,17
  10:8,12,12,16,20
  11:16,18,24 27:16
  27:18,24 28:3 29:3
  30:19 31:12,25 32:5
  32:10 106:6 107:3
  108:5,17 116:15
  117:7
**agreements** 9:13
  99:9
**alamo** 1:10 55:11
**alcohol** 7:11
**alleging** 50:11
**allow** 6:9 16:15
  52:21
**allstate** 1:7 3:15
  15:13 65:23 88:3
  114:13
**alter** 75:16
**alvarado** 1:13 87:8
  87:10,21 91:8
  116:23,24
**amended** 8:13,24
  9:3 116:15
**amendments** 32:4
**amount** 32:7 108:21
  108:22,23,25
**andrew** 2:12
**ankle** 60:12,19
  61:18 62:6 77:24
  99:14
**annexed** 3:22
**answer** 5:21 6:21
  7:24 8:2,3,4 14:3,7
  16:15 30:24 37:9
  47:13 50:18,20 52:4

52:6,11,13,16 72:21
  94:4 110:17 112:17
**answered** 14:4,10
  31:19 114:25
**answering** 50:15
**answers** 110:19
  111:13
**anticipated** 41:2,8
  44:13 46:17 59:6
  62:25 65:3
**anybody** 99:2
**apologies** 61:12
**appear** 72:2 93:18
**appeared** 15:18,24
  18:6 59:13
**appears** 61:17 76:5
  79:6 93:15 113:22
**apply** 7:6
**approximate** 15:21
  27:21 107:7 108:9
**approximately** 30:3
  55:14 57:19 58:16
  58:24 59:10,24
  103:20,21
**area** 39:5 42:7 53:15
  54:4 63:17 80:7
**areas** 25:8,9 62:24
  63:6 64:3,9 94:7
  110:16
**arm** 18:16 26:3
  39:16,17 99:14
  100:2
**ashi** 113:12
**aside** 8:21 10:10
**asked** 8:5 35:18
  72:5,18 108:14
  110:23 111:11,16
  111:19,24 112:7,14
  112:20,22 113:6,12
**asking** 5:20 47:15
  47:18 50:13
**aspect** 24:11
**aspects** 4:14
**assess** 26:7 34:9
  68:23

**assessed** 73:23
  75:13
**assessment** 34:10
  35:14 36:4 40:4
  58:25 61:23 62:5,21
  62:23 66:23 70:22
  74:4 93:17
**assignment** 95:21
  102:17 103:16
**associates** 2:8
**assume** 5:22 44:14
  62:7,24 63:6,25
  64:8
**assuming** 63:8
**attorney** 5:15 9:10
  9:11 14:5,11
**attorney's** 7:6
**attorneys** 2:4,8
**audible** 6:10
**august** 46:4
**automobile** 37:21
  38:7,17
**aware** 12:19 32:6
  42:14 51:12 58:5
  90:24 92:7 95:9
  100:22 101:18,21

**b**

**b** 71:24
**b20** 71:18
**back** 18:10,12 24:12
  25:2,4,10 32:12
  37:18 60:24 71:23
  78:14,19 79:2,8,17
  79:20,24 80:11,20
  81:16 83:20,21,25
  84:2,11,24 85:4,17
  85:21 86:6,8,15
  90:20,21 99:15
  110:15,20 111:6
**based** 8:3 15:21
  21:7 26:10 32:19
  34:10,17 35:21
  38:11 44:12 45:13
  49:4 51:15 57:6,10

63:6 64:7 74:4
  75:17 76:7 79:9,18
  80:8,14 98:11
**basically** 47:4
**basis** 42:10 50:12
  52:18
**bath** 41:22
**bearing** 7:21
**becoming** 13:22
**beginning** 16:25
**behalf** 13:23 31:7
**belief** 34:17 43:3
  51:15 52:2 79:18
**believe** 10:17 12:13
  12:16 16:3,7 21:15
  21:18 23:6,15 26:2
  31:9 34:16 42:16
  43:2,8 48:19 51:14
  58:16 64:25 68:10
  71:6 77:12 78:3
  80:18 86:11 88:15
  95:8,12 97:20 98:5
  98:8 106:24 109:23
  112:24 113:3
**believed** 23:5 51:8
  109:20
**bend** 21:6
**benefit** 103:16
**benefits** 53:13 95:21
  102:17
**bervin** 10:22 33:18
  33:19
**best** 33:24 44:24
  45:25 92:4
**better** 64:19
**bi** 112:21,25
**biceps** 20:3
**bill** 91:7
**billed** 77:10 91:22
**biller** 35:6
**billing** 77:22,23
  90:23,25 116:14
**bills** 78:3
**bit** 30:21

[black - colors]                                                                    Page 3

**black**  67:13
**bladder**  79:12
**blood**  119:11
**body**  1:16 24:8 54:4
  55:11 61:15,21,25
  62:16 68:12 70:23
  91:15,23 94:7
**bottom**  17:9 42:23
  97:17
**box**  36:19 37:24
  38:2,22 40:6,7,15
  40:17,20,25 41:3
  43:23 46:19 47:24
**boxes**  19:21 35:13
**brace**  102:8
**braces**  99:14 102:5
  102:6
**bragard's**  20:19,24
  21:5
**brand**  54:9
**break**  6:18,19,22
**brief**  20:9 111:7
**briefly**  19:19 24:21
  34:5 94:18
**bright**  67:3
**bring**  9:24
**broadway**  27:11
**brown**  103:11
**brual**  10:22 33:18
  33:19 34:21 35:6,22
  35:23 43:19 44:4,11
  45:5,11 49:15,19
  53:20 54:17 63:13
  65:9 80:10 89:24
  93:7 94:2 100:9
  101:6 106:2,9,23
  114:7
**bruised**  39:2
**building**  89:7 110:4
**business**  15:10,13
  65:22 88:2

**c**

**c**  2:2 3:5,5 9:15
  34:24 35:7 119:2,2

**c2**  20:15
**c3**  25:5
**c4**  20:16
**c5**  20:16
**c7**  20:16 25:5
**call**  11:22 23:10
**called**  31:3 34:24
**capacity**  39:22,23
**car**  37:12
**care**  21:11 41:14,17
  46:18 48:14,20,22
  48:23 59:6,12,16
  63:2 113:11
**carlos**  55:7 61:3,7,9
**carpal**  32:16,23 33:4
  112:13
**carrier**  1:7 2:4
**case**  66:15 84:9
  100:16 118:3
**cases**  56:22 58:4
**categorize**  69:2
**caucasian**  103:9
**caused**  25:24
**center**  2:5 70:9
**certain**  3:19 8:2
  29:3 33:6 69:18
  90:24 91:2,5 110:18
**certify**  119:5,10
**cervical**  32:17,24
  104:8,11 105:20
**cetera**  20:3
**change**  25:7 32:20
  40:18,20 44:21,25
  45:4,21 46:22,24
  47:5,9,22 48:2,15
  75:16,21
**changed**  32:25 33:5
  95:10,18 98:25
**changes**  8:24 40:16
  46:19
**changing**  72:21
**characterization**
  16:16
**characterizations**
  52:7

**characterized**  58:3
**check**  41:6 66:14
  81:8
**checked**  36:8,14
  38:2,13 40:8,17,21
  41:3,15 46:17,18
  56:10 57:18 58:8
  71:13 74:23 90:12
**checking**  47:24
  70:15
**checkmark**  63:19
  69:23
**checkmarks**  50:2
  65:2 69:18
**checks**  35:23 39:12
  39:14
**cheryl**  119:4,21
**chiropractic**  1:5 2:9
  4:10,24 8:15 16:5
  16:10 21:11 24:23
  27:3,13 28:9 31:7
  32:8 80:21 81:3,11
  83:13 107:10 108:2
  108:6,18 114:19
  116:9,10,15,21
  118:3
**chiropractically**
  82:4 85:11
**chiropractor's**
  37:16
**chisari**  2:11 11:25
  13:25 14:14,17
  16:11 30:23 31:18
  37:7 47:11,20 50:9
  50:19 52:3,12 58:19
  62:11 68:5 87:17
  111:9 114:18
**choose**  8:2
**chris**  9:13 12:13
  14:5
**circle**  19:12,15,16
  49:20
**circled**  67:14 68:20
  79:2,6,17

**circumstances**  38:2
**civil**  7:19
**claim**  1:9
**claimant**  39:6 56:20
  56:24 57:21,25 59:3
  59:12 60:2,10,17
  61:19 65:6 88:8,18
  92:13 94:21 101:7
  101:10 111:15
**claimant's**  88:25
**claimants**  3:23,25
  4:5,14 16:10 41:25
  42:11 55:5,15 57:8
  58:5 59:9 63:15,20
  64:4,22,23 82:21
  83:4 89:11,19,22
  91:20 94:5,12 95:23
  98:13,17 99:19
  100:19 101:13
  102:10,13 104:22
  109:18 110:6
  113:25 114:9
**claims**  3:20 4:15 6:3
  8:8 52:19 86:14,20
  114:17
**clarify**  103:15
**clarke**  111:19,21,22
  112:14
**clear**  67:12
**client**  37:8 47:13
  62:12
**clinton**  94:25 95:10
  95:18 98:24
**clue**  66:24
**clues**  66:9 75:18
**coating**  67:12,17,22
  67:25 68:2,10 70:23
**code**  91:7
**codes**  90:25 91:5
**cold**  104:13
**color**  66:15 70:23
  103:10
**colorful**  14:19
**colors**  67:4

come 102:22
comes 29:3 103:18
coming 5:4 26:4,5,5
common 25:7 36:16
37:4,22 38:6,16,24
45:6 56:19,24 57:25
79:22
commonly 71:12
company 1:7 27:6,8
27:9 28:11 99:2
107:13
compared 8:25
60:12 62:5 67:2
comparing 50:5
complain 18:13
complained 18:9
57:9
complains 38:13
complaints 18:6,18
34:11 62:17 64:9
compliant 51:16
complied 114:21
computer 10:4
97:17
concerning 5:13
conduction 25:20
26:11,20,22
confirming 3:22
conjunction 83:14
connection 3:16
15:14 55:4 56:3
65:23 88:3 90:18,25
96:25 114:16
consider 47:2,3,6,9
47:23
considered 46:24
52:17 77:25
consisted 49:9 77:11
113:8
constant 35:9 56:8
56:23,25 57:4
construed 8:6
consult 22:6 23:23
consulted 72:3

contemporaneously
33:23 50:23
continue 41:16 59:6
59:16
continued 1:23 3:10
41:14 46:17 48:24
59:11,12,15 63:2
continues 44:23
conversation 35:21
81:25
conversations 34:18
cooperate 8:7 52:17
copies 55:22 87:24
98:6
copy 9:19,25 10:3
13:3 28:2 52:9
117:7,8
corporation 28:10
correct 9:16 11:20
22:8,24 25:21 27:4
27:7 34:22 43:20
44:5 48:6,11 51:9
54:13,18 63:11 64:6
74:9 80:19,22 84:17
91:25 92:21 93:5,6
93:12,13,20,21
94:13 101:16
103:19 113:2
corrections 118:6
counsel 17:6 23:8
counselor 14:13
47:16
course 5:8,10 15:10
15:12 21:8,11 24:18
25:9 28:24 29:6
44:7,21 45:11,19
57:5 65:21 82:14,24
87:25 101:20
113:11
court 6:6 7:7
courtesy 6:16
cox 2:12 87:18
110:22 111:2,8
crack 68:15

crawford 1:15 55:8
curiosity 9:23
currently 7:10
cycle 113:8
cynthia 1:15 55:8

d

d 3:5,5
d.c. 4:1 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
118:4,22
daily 58:9,24 59:25
81:2,11
damp 112:21
daniel 2:6 3:14
dark 66:16,19,22,25
71:2 75:8 88:14

date 3:4 13:12 15:20
31:5 34:3 53:7
56:14 57:20 60:3
65:18 74:7,10,11,13
77:12,14 81:5 87:12
87:16 88:8 97:4
109:4 118:3,22
dated 13:6 116:8
dates 77:13 85:13,16
day 16:24 17:7
22:20 24:3 48:5
73:16 115:12
118:23 119:16
days 4:2 8:18 22:22
29:3 64:17,18,18
114:25
december 1:20 13:6
116:8 118:3 119:16
defendant 116:6
117:2
deficiency 112:21
112:22
degree 45:7
degrees 59:17
deliver 102:8
delivers 54:3
demonstrating
25:24
denial 8:7 52:19
denied 51:24
depending 25:11
42:11
deponent 118:4
deposition 118:3
derrick 111:14
describe 24:21
35:18 36:10,21 39:7
39:13 40:19 41:3
42:25 49:8 53:12,25
54:20 56:20,24 69:5
69:20 73:12,17 88:6
88:10 103:6
described 56:13
57:4 81:22 86:5
101:15

description 85:25
desk 96:12 98:18,19
 104:24 105:14,15
despite 48:15
determine 26:4,9
 39:19 42:8 70:19
 93:22
determined 39:11
 41:25
determines 41:16
 45:15
diagnosis 57:17 66:3
 66:5,6,11,21 67:17
 68:19 69:8,8,14
 70:12,24 74:20
 88:13
diagram 19:9
difference 60:10
 67:6
differences 10:11
different 31:21
 42:10,11 49:11,11
 49:22 59:17 61:24
 62:16 92:16 93:23
 95:6 104:4 108:22
 110:13
differentiate 62:16
 63:3
differentiating
 63:24
digitorum 20:11
directly 98:16
discomforting 46:8
 46:23
discuss 4:13
discussed 29:20
 30:10 38:12 42:20
 48:3,8 55:10 56:8
 57:13 70:14 94:23
 105:23 107:17,18
 107:20,24 111:15
discussing 6:4 48:6
 89:4
discussion 16:21
 74:17 84:5 87:3

107:16 109:15
discussions 13:21
 99:2 104:6 107:12
dispensed 98:18
distinction 62:2,3
distinguish 6:12
 61:22 103:12
distressing 45:19
 46:13,23 81:23
 83:21 101:15
distribute 106:16
dme 98:18,21 99:10
 99:14,18 100:2,6,10
 100:23 101:5,7,10
 101:19 104:19,23
 105:6
doctor 9:17 25:18
 50:21 52:13 63:8
 68:6 69:15 71:11,25
 73:2,7 74:8,19
 79:11 84:7 110:11
doctors 109:25
 110:9,11
document 4:6 10:25
 11:4,7,9,12 12:6
 15:15 17:10 26:15
 26:18 43:16
documented 62:8
 63:21,23,24
documents 4:25 5:3
 13:15 14:22 15:9,12
 43:14 45:10 55:16
 61:5 96:23 97:6
 116:14
doing 29:18 51:18
 70:22
door 20:8
dorsiflexors 20:18
dr 1:5,25 2:8 3:12
 8:17 12:9 13:13
 14:21 16:23 17:3
 19:5,11,22 23:4,13
 23:15,17 26:25 27:9
 28:17,18,22 29:4,20
 31:10,14 33:9 36:2

37:20 44:16 46:3
 49:17 50:5 51:22
 54:25 55:12 57:12
 60:9 65:19 76:24
 78:5 80:19 86:4
 87:19 90:6,16 92:21
 93:10 94:11 97:5
 101:12 109:17,20
 109:23,24 111:10
 113:23 115:4
drug 7:11
du 70:5,6,7,8
dull 35:9 56:8,20
 57:4
duly 3:6 119:7
durable 95:22 96:16
 99:10
dx 76:17
dynoff 23:15,17
 109:20

                  e

e 2:2,2 3:5 9:15
 112:11,22 119:2
earlier 14:4 93:4
 108:4 112:25
easier 53:15
edema 37:25 38:5
 58:2,7
eight 36:7
either 24:2 41:10
 67:12 107:2 119:11
elbow 26:6 37:19
electrical 41:21 49:5
 53:23 60:6
electrodiagnostic
 28:21 32:13 116:13
electromuscle 54:3
electromyography
 25:19 26:10
else's 52:8
emg 28:19,23 29:5
emgs 29:9
employee 16:8
 17:24 29:22

employees 109:6,8
employment 28:24
ems 101:23
engaged 51:12
entered 34:14 108:5
 111:9
enters 87:18
equipment 94:12,16
 95:22 96:8,9,14,16
 99:11 103:15
errata 118:2
esq 2:6,11,12
et 20:3
eun 112:22
euo 3:19,22,24 4:16
 5:5,8,19 7:5 12:6
 15:14 23:2 51:22
 52:5,17 55:4 58:6
 63:16 65:23 72:15
 72:20 82:22 86:21
 88:4 89:12,23 91:21
 94:5 96:25 100:20
 102:11 105:22
 109:3,19 110:7
 114:2 118:3
euos 114:23
evaluated 18:7,8
 34:15
evaluation 16:5
 17:19 18:18 76:8
evaluations 16:10
 17:15 18:3 21:8
 29:16
event 7:22
everybody 11:13
evidence 7:20 32:16
evidentiary 7:17
exacerbates 21:4
exact 30:14 54:7
 67:5 68:17 107:16
exactly 24:3 26:7
 40:12 43:25 45:15
 53:18 77:4 91:6
 107:18

| | | | |
|---|---|---|---|
| **exam** 105:7 | **extremity** 21:20 | **figured** 72:6 | **forth** 115:2 119:7 |
| **examination** 1:3,23 | 26:21 | **file** 1:8 13:16,22 | **found** 75:12 |
| 3:10,18 8:5 19:20 | | **fill** 19:23 96:15 | **four** 45:12,24 46:6 |
| 20:2,4 116:3 | **f** | 102:21 | 46:22 48:9 71:13 |
| **examined** 3:8 67:20 | **f** 119:2 | **filled** 50:22 56:3 | 84:20 112:23 |
| **example** 46:3 91:5 | **fact** 48:15 | 102:18,19 | **fraud** 50:12 |
| **exception** 20:11 | **factor** 80:4 | **filling** 34:6 | **friday** 30:4 |
| 50:8 | **facts** 93:8 | **finally** 6:23 7:15 | **front** 52:5 71:24 |
| **executed** 9:18,19,25 | **failed** 12:5 | 41:13 | 96:12 98:17,19 |
| 10:8 11:23 27:19 | **failure** 8:4,6 52:16 | **find** 16:19 | 104:24 105:13,15 |
| 95:24 96:4 117:7 | 52:17 | **finding** 33:3 57:15 | **full** 6:21 29:22 |
| **exercise** 41:21 49:6 | **fair** 15:11 55:21 | 67:19,22 75:11,16 | 39:21,23,25 |
| 49:9,21 51:7,9,13 | 63:9,12,19 64:5 | 75:20 | **further** 48:20,22 |
| 51:19,25 60:6 | 80:8 84:7,22 87:24 | **findings** 32:23 38:9 | 113:18 114:23 |
| **exercises** 43:2,4,7,8 | 89:14,24 91:22 92:2 | 57:13 61:23 62:21 | 119:10 |
| 49:12 52:23,24 | 96:2 | 63:5,18,21 64:10 | **furtherance** 83:15 |
| 54:11,12,15 | **fall** 37:13 | 74:21,22 75:3 76:9 | |
| **exhibit** 3:21 8:16 | **falling** 37:12 | 76:17 | **g** |
| 10:6 13:2,9 14:21 | **familiar** 4:5 15:3 | **finds** 70:16 75:17 | **g** 1:5,25 2:8 3:5 |
| 18:19 19:21 24:13 | 24:15 26:15,17 27:5 | **fired** 109:8 | 10:22 115:9 116:4 |
| 24:15 26:14 33:11 | 33:12 35:4,5 55:18 | **first** 3:6 5:20 8:18 | 118:4,22 |
| 44:17 49:18 53:5 | 76:10,14 97:5 | 8:25 9:12 15:18,25 | **gabriel** 1:14 55:11 |
| 54:24 55:6 58:25 | 111:20,25 112:9 | 16:24 22:17,20 | 104:9 |
| 62:10 65:12,15 81:2 | 113:4 | 23:25 36:12 40:6 | **gallbladder** 69:25 |
| 81:10 87:7,9,13,20 | **family** 1:5 2:9 4:9 | 45:18 48:5 66:2 | **galvanic** 54:8 |
| 92:12,16 96:23 97:2 | 4:11 8:14,23 12:22 | 69:20 71:17 73:8,9 | **gb** 69:24 |
| 97:6 101:14 104:10 | 13:8,18,24 15:4,25 | 73:15 83:24 84:10 | **general** 94:19 |
| 116:7,8,9,10,11,12 | 27:12,14 29:17,22 | 84:14 88:8 | **generalization** |
| 116:13,14,15,17,18 | 32:9 36:17 37:5 | **firsthand** 73:3 88:16 | 62:14 |
| 116:19,21,22,24 | 38:18 42:2 86:17 | 88:19 | **generally** 16:9 92:8 |
| 117:3,4 | 98:3 100:10 101:13 | **fissure** 68:13 | **geographic** 68:15 |
| **exhibits** 3:2 15:8 | 102:3 105:23 107:5 | **five** 45:18,23 48:9 | **gestures** 6:11 |
| 116:6 117:2 | 108:17,20 109:5 | **follow** 11:3 | **gina** 1:12 87:8 |
| **exits** 87:17 | 114:19 116:15 | **follows** 3:9 | **girl** 96:20,20 109:10 |
| **explain** 19:20 20:4 | 118:3 | **foot** 20:18 21:6 | **girls** 96:10,11,12 |
| 34:6 37:25 43:23 | **family's** 15:10 21:13 | 61:18 | 105:15 |
| 48:13 65:25 68:16 | 88:2 | **form** 3:18 18:19 | **give** 94:3 96:21 |
| 77:11 92:23 95:17 | **far** 38:12 41:18 | 20:2 88:11 97:9 | 104:22 105:10 |
| 112:23 | 62:17,23 68:19 77:9 | 102:18 | 109:4 |
| **explained** 112:25 | **fault** 6:3 | **formed** 107:14 | **given** 6:23 28:23 |
| **extensions** 32:4 | **faxed** 23:5 | 108:2 | 51:19,24 53:9,10,24 |
| **extensor** 20:11 | **feeling** 35:16,19 | **forming** 107:13 | 54:13,20 60:21 |
| **extremities** 21:21,23 | **feels** 114:21 | **forms** 95:22 97:3,13 | 73:14,18,20,21 |
| 25:21 | **felt** 24:5,9 59:15,15 | 97:15 103:16 117:4 | 78:19 97:14 98:13 |
| | | | 98:16,17 104:3,24 |

105:14 119:9
**gives** 66:9 96:19
**giving** 97:11 103:25
**go** 14:23 16:18 25:8
  41:4 62:12 74:14
  86:13 94:20 95:5
  103:24 105:13
  110:15,20 111:5
**goal** 83:16
**goes** 17:9 80:5
**going** 4:9 5:18,20,21
  5:25 6:7,14 8:12
  11:22 12:24 13:2,25
  14:2,6,15 16:11,14
  16:23 17:3 21:10
  23:10 30:23 31:18
  31:21 37:7 47:11,12
  50:10 52:6,15 62:11
  62:13 68:5 83:17
  110:15,20 111:10
**goldsmith** 16:9
  17:14,23 18:8 26:25
  28:16,17,18,22 29:4
  29:20 31:10,14
  107:10,12
**goldsmith's** 27:9
**good** 3:13 6:17
**governed** 7:19
**grades** 46:12 47:22
**guess** 38:12 40:13
  56:22 97:16 98:24
  103:17
**gun** 14:12

**h**

**h** 3:5,5 112:11
  113:13
**hair** 103:10
**hand** 18:10,11 102:2
  102:6 119:16
**handed** 8:13 9:17
  10:12,20
**handle** 92:4
**handling** 82:10

**hands** 18:11 54:21
  77:21
**handwriting** 19:23
  75:5
**happening** 102:9
**happens** 12:8
**harvey** 1:5,5,25 2:9
  2:9 3:12 4:1,9,11
  5:1 6:1 7:1 8:1,14
  8:17,22 9:1 10:1,22
  11:1 12:1,9,22 13:1
  13:8,13,18,24 14:1
  14:21 15:1,4,10,24
  16:1,23 17:1,3 18:1
  19:1,5,11,22 20:1
  21:1,13 22:1 23:1,4
  23:13 24:1 25:1
  26:1 27:1,12,14
  28:1 29:1,16,22
  30:1 31:1 32:1,9
  33:1,9 34:1 35:1
  36:1,2,17 37:1,5,20
  38:1,18 39:1 40:1
  41:1 42:1,2 43:1
  44:1,16 45:1 46:1,3
  47:1 48:1 49:1,17
  50:1,5 51:1,22 52:1
  53:1 54:1,25 55:1
  55:12 56:1 57:1,12
  58:1 59:1 60:1,9
  61:1 62:1 63:1 64:1
  65:1,19 66:1 67:1
  68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1
  76:1,24 77:1 78:1,5
  79:1 80:1,19 81:1
  82:1 83:1 84:1 85:1
  86:1,4,17 87:1,19
  87:25 88:1 89:1
  90:1,6,16 91:1 92:1
  92:21 93:1,10 94:1
  94:11 95:1 96:1
  97:1,5 98:1,3 99:1
  100:1,10 101:1,12
  101:13 102:1,3

103:1 104:1 105:1
  105:23 106:1,25
  107:1,5 108:1,17,20
  109:1,5,17 110:1
  111:1,10 112:1
  113:1,23 114:1,19
  115:4,9 116:4,15
  118:3,4,22
**harvey's** 65:22
**he'll** 58:21
**healthcare** 14:11
**heat** 41:20 49:5 53:9
  53:10,14 60:5 77:20
**held** 16:21 74:17
  84:5 87:3 109:15
**help** 59:16 66:24
  68:23 70:17 73:24
  74:2,6 83:17 100:23
  101:19
**helpful** 24:10
**helping** 59:13,15
  64:18
**helps** 53:14 66:24
**hep** 42:24 51:7
**hereinbefore** 119:7
**hereunto** 119:15
**herrera** 1:16 55:8
  61:4,10,12,15,16,20
  62:4 64:11 65:13,16
  65:21 73:14 78:19
  80:10,20 81:7,12
  82:8,13,17 83:12
  84:10 85:11,17
  116:20,21
**herrera's** 75:21 79:8
**hicksville** 1:19 2:10
  118:4
**high** 54:8
**higher** 46:12
**hill** 94:25
**hip** 60:12
**hired** 109:5
**home** 42:21 43:2,4,6
  49:21 51:7,8,12,19
  51:25

**horizontal** 68:15
**horrible** 86:3,6
**hot** 104:13
**hour** 30:6
**hours** 29:15,25
**hundred** 17:21
  64:16,19 71:7 110:2
**hwangbo** 10:18 11:4
  11:6 12:11 13:21
  67:10 69:4 71:9
  72:7,13,22 73:4
  75:6 76:12 77:3,7
  80:12,13 82:5,7,9
  83:4,23 84:10,23
  86:7,11,19,22 88:25
  89:15 90:19 92:3
  101:9 106:15,21
  114:11
**hyatt** 1:13
**hypoactive** 20:12,14
**hypothetical** 47:16

**i**

**idea** 107:8
**identical** 59:2,4 60:2
**identification** 3:3
  13:11 53:7 65:17
  81:4 87:11,15 97:4
**identified** 3:25
**iii** 1:22
**impair** 7:12
**important** 107:23
**improve** 44:7 48:16
  73:24
**improved** 25:16
**improvement** 25:17
  41:2,8,10 46:2,16
  48:21 59:5 62:25
  64:20,24 65:2,3,5
  74:2
**improving** 44:13,15
  45:13 59:21
**including** 42:20
**inconsistent** 51:25

independent 52:18
index 116:2
indicate 59:20 81:15
  85:17
indicated 11:10 16:8
  17:13 18:18,23 19:2
  23:4 30:19 43:13,22
  44:20 46:5,6,19
  49:18 53:24 58:18
  59:4 66:16 67:4
  70:13 72:20 76:25
  79:15,24 81:19
  83:19,20 84:11,15
  84:23 86:7 94:8
  110:17 111:12,18
  111:20 112:16,24
  113:9,13 114:6
indicates 42:24
  57:21 66:2
indicating 11:14
  18:24 19:3,13,17
  45:19 68:13 96:18
indication 39:6
  46:16 49:20 78:23
  93:18
indications 35:8
  112:20
individual 34:2
individually 94:21
  97:23
individuals 38:6
  114:15
influence 7:11
information 72:9,10
  86:12 117:6
infrared 77:20
initial 16:4,10 17:14
  18:2,18 21:7 116:9
initially 48:14
injured 38:7,17
injuries 36:17 37:5
  37:11 80:20
injury 60:17,20
  100:23

instance 67:14
instruct 14:3,7 37:8
  47:12
instructions 5:19
  42:21 104:23
instructs 7:25
insurance 1:7
interested 119:13
intermittent 35:10
  56:9,16
interruption 20:8
intestine 69:22 70:4
  71:22
inventory 98:20
involve 69:14
irrelevant 14:9
irritation 20:23
issues 111:4
issuing 106:8
items 104:16 105:6

j

january 16:25
jeanne 1:11 55:9
  87:14 92:19 99:21
jin 10:17 11:3,6
  12:11
joint 39:10,12,15
  49:10 54:22,23
jose 1:10 55:9
  116:18
juan 1:16 55:7 61:3
  61:7,9 116:19,21
judge 52:21
judicial 7:18
june 21:14 23:24
  44:18 45:17 50:6
  88:9

k

keep 102:2,6 105:6
kept 15:9,12 65:21
  103:17
kind 50:11
knee 18:11,22 19:12
  111:18

knew 111:17
know 3:13 4:4 6:19
  9:21 15:8 22:17
  23:13,16 26:15
  30:14 31:20 33:14
  41:24 43:6,12,17
  44:3,9,11 45:8,11
  45:14 48:25 49:13
  49:15 52:22,24,25
  53:2,18,21 54:5,7
  54:14,17 57:3,8
  58:10 59:20,22 63:9
  64:5,7,14,23 65:4,9
  66:20 67:5,8 68:17
  68:24 69:2 71:9,16
  71:19 72:5 75:22
  77:7 78:18,21 79:4
  79:7 83:21 84:13
  86:4,10 90:13 91:17
  91:23 92:8 93:5
  94:2 96:10,21 97:22
  100:4 101:6,8
  102:12,13,14 103:2
  103:4,5 104:10,12
  104:14,18 106:4
  107:25 108:5,20,24
  109:19 110:17,19
  111:13,13,21
  112:16 113:9,9,14
  114:6
knowledge 33:24
  35:12,17 63:13 73:3
  88:17,20 89:17 90:2
  90:3 92:3,4 93:8
  113:15,23 114:8
knows 92:6
kushner 109:23
  110:3

l

l 27:11 112:11
l2 25:5
l4 20:16
laborde 1:14 55:11
  104:9

ladder 37:13
language 14:20
large 70:4
lasegue's 20:19,21
  20:22 21:2
lasts 53:19
lawyer 7:20,22,25
  8:3
lease 27:13,16,24
  28:2,11 30:18 31:12
  31:24 32:4,9 108:5
  108:16,22
leave 109:11
left 6:7 18:11 20:13
  20:18,24 74:10
  109:9 111:8
leg 21:3
leon 1:16 55:11
letter 3:22,23 116:8
level 45:17,20 81:18
  85:20,22,23,23
li 70:2
li11 73:21
lift 21:3 39:16,17
liked 104:5
limitation 45:7
  59:18
limited 39:7,10,20
  44:20,23 45:3,5,13
  45:25 48:4 49:19
  58:13,18 59:11,14
  59:17 64:2 108:15
line 14:9 16:25 17:2
lines 10:7,21
listed 12:21 112:5
lists 13:7 20:3 41:20
  46:11 71:12
little 30:21
llp 2:4
ln 118:7
localized 35:10 56:9
  56:16
located 110:3
long 31:24 53:16,18

**look** 4:3 15:7 17:6
46:4 49:17,21,25
50:14 55:13 56:6
66:13 97:21
**looking** 22:19 44:12
58:11 74:7 76:24
79:4 98:6
**looks** 15:23 18:15
22:19 45:22 49:4
55:10 62:8,15 64:17
66:4 71:2 76:19
78:16 80:18 84:18
85:8 88:9,12 90:11
93:11 97:25 98:7
103:6
**lot** 24:7 40:22,23,23
110:13
**lou** 110:23
**loud** 6:11
**louis** 2:11
**low** 78:14 85:3
**lower** 18:10 78:19
79:2,8,17,20,24
80:11 81:15 83:20
84:11,24 86:8
**lu** 70:10,11
**luan** 1:10 55:11
**lumbar** 104:14
105:20

**m**

**m** 1:11 3:2,21 116:8
**machine** 54:2,5,8
**maintain** 28:5 98:3
98:20 99:13
**maintained** 87:25
**management** 23:18
23:21 24:6,9
**managing** 8:22
12:11,21 13:7,15,17
**manual** 41:22 49:7
54:19 60:7
**manufacturer**
104:11,15,19

**march** 109:5 110:20
**marcote** 2:8
**mark** 12:25 34:11
51:3 53:3 65:11
68:13 80:24 87:7
96:22
**marked** 3:21 8:16
13:11 14:21 53:6
54:24 65:16,19 81:4
81:10 87:11,15,19
92:12,15,19 97:3
**marking** 92:24 93:2
**markings** 34:13
**marriage** 119:11
**martinez** 1:10,12
14:23 15:17 17:19
21:9,12 23:14,17
24:19,23 25:14,19
33:11 39:7 43:4
46:6 49:2 50:24
51:11,24 53:8,24
55:10 56:4 109:20
**martinez's** 18:5
32:12 34:7 42:23
44:6,22 45:16
**marvin** 2:6 3:11,12
3:14 11:21 12:24
14:14,19 16:18 17:8
19:4,9 22:25 47:18
52:20 53:3 60:23
65:11 74:15 76:23
80:24 84:3 86:25
87:5 90:15 92:14
96:22 109:13
110:25 113:17
115:3 116:4
**mascia** 1:12 87:8
**massage** 41:22
**materials** 4:20,22
**maternity** 109:11
**matter** 119:14
**mcmurray** 111:17
**mean** 25:10 29:2
37:2 39:24 40:11
41:7 59:4 60:13

66:18,22 67:2,17,22
68:7,21,25 69:10
71:5 75:11 76:6,18
76:20 80:6 88:19
91:3 112:23
**means** 36:22 39:8
67:24 68:16 90:13
**medical** 94:12,15,25
95:22 96:16 99:11
103:24
**medication** 7:11
**meet** 21:12,16 22:12
23:17 103:23
**meliza** 1:11
**member** 12:12,21
**members** 8:22 13:8
13:16,18
**mention** 100:13
**mentions** 88:14
**meridian** 69:15
71:12,16,19
**met** 16:2 22:17
23:25
**middle** 68:14
**ming** 70:3
**minutes** 77:16,17,18
77:19 91:9,11 111:6
**mmt** 43:23 92:24
93:5
**model** 104:10,15,19
**moderate** 74:23
**moist** 41:20 49:5
53:9,10,14 60:5
**moment** 51:6
**monday** 30:3
**montana** 2:4 3:15
**month** 102:23
103:18,21 108:10
108:12,21
**months** 45:12 48:16
109:11
**moran** 1:10,11 55:9
116:18
**morning** 3:13 10:2
29:11

**motion** 39:9,20,25
40:23 41:12 44:7,19
45:2,12 48:4,16
49:11 58:12,17
59:11,21 64:3
**move** 14:12 40:2
92:11 112:6
**moving** 57:12 58:23
68:4
**multiple** 61:21 94:7
**mun** 10:23,25
**muscle** 20:17 36:12
36:15 37:17 57:15
57:22

**n**

**n** 2:2 15:8 18:19
19:21 49:18 112:11
112:22 116:9 119:2
**name** 54:7 95:6,11
95:15,16,18 97:18
98:25 103:4 118:3
**names** 8:22 55:7
**nancy** 1:12 14:22
17:19 33:10 34:7
39:6 55:9 56:3
**narrow** 30:21
**nature** 65:5
**ncv** 28:19,19,23
29:5
**necessary** 26:8
**neck** 18:9 24:11
25:2,3,10 26:5
37:18 71:18 77:24
99:16
**need** 6:18 55:6
102:7
**needed** 10:3 24:6
28:23
**needles** 77:18,19
91:9,10
**needs** 28:13 100:12
**neil** 16:9 17:14,23
28:16

[nerve - patient]

**nerve**  20:23 21:6 25:20 26:6,10,20 29:18
**neurologist**  110:13
**neuropathy**  32:18 32:24
**never**  12:8 56:20,24 57:25
**new**  1:18,19 2:5,5 2:10,10 3:7 10:18 12:10 13:3,16,23 27:12 77:19 109:6 118:4,4 119:5
**nilda**  1:15 55:8 101:12
**nods**  6:11
**normal**  5:8,10 20:10 24:18
**normally**  96:9
**norman**  111:14 112:16 113:7
**north**  27:2,11,13 28:9 31:7 32:8 107:10,25 108:6,17
**notary**  3:7 115:15 118:25 119:4
**note**  7:15 42:24 46:5 62:10 73:9,10 74:19 75:25 78:7,13,23 79:16,19 80:9 90:6 96:19
**noted**  2:12 7:23 115:5
**notes**  4:24 17:16 24:14,15 33:10,12 33:15,20,22 34:7,14 34:23 36:3 40:3 41:20 42:14 43:22 44:17 45:7 46:16 49:23 50:6,21,22 51:4 53:6 54:25 55:3,13 56:7,13 57:20 58:9,17,24 59:10,25 61:3 64:23 65:14,16,20 72:3

75:4 76:25 81:3,11 82:13,17,24 87:10 87:14,20,23,24 88:10 90:8,18 91:4 91:19 92:13,20,21 92:25 94:9 101:14 116:10,11,12
**notified**  12:16
**notify**  12:9
**november**  9:5 12:12
**number**  84:19,20
**numbers**  1:9
**numerous**  12:5

**o**

**o**  9:15 14:22 24:13 24:15 34:24 35:7 36:3 39:5 42:20 43:22 50:2 58:11 116:10 119:2
**oath**  1:3,23 3:18 6:23 7:2,7 8:6
**object**  7:23 14:2,2 16:12 30:24 31:19 37:8 47:12
**objection**  7:23 50:9 52:3
**objections**  7:16,20
**objective**  36:4 57:13 61:22 62:21 63:4,18 63:20 64:10 93:17
**obligation**  7:2
**obviously**  88:21 89:6
**occasionally**  30:5 99:20 101:24 104:3
**october**  51:23 84:19
**offhand**  26:13 58:10 100:24 104:12,18 104:21
**office**  7:6 9:20,22 10:13,19 11:8,18 12:4,10,16,20 13:4 13:9,16,23 15:18 18:7 21:13 22:7,15

23:6 28:6,13 30:2 37:16 38:8 49:3 55:4,23 86:19 88:3 88:22 89:3,6 95:24 96:4,24 97:10 99:11 99:13 102:18 103:17 110:4 116:17
**okay**  17:11 113:5
**once**  102:22 103:18 103:21 106:14,17
**ones**  102:15 113:4
**online**  13:4,10
**operating**  8:14,19 8:20,21,24 9:4,12 10:16 116:15
**opinion**  47:20
**opportunity**  13:14
**option**  23:23
**order**  6:2,9 91:6 103:25
**organ**  69:15
**orthopedic**  104:14
**orthopedist**  42:4 110:12
**otis**  1:13
**outcome**  119:14
**overall**  45:5 66:23 70:18
**owners**  13:17

**p**

**p**  2:2,2 33:11 41:19 42:20 44:17 50:3 112:11 116:11
**p.c.**  2:8 27:3,13 28:10 31:8 32:8 107:11 108:7
**p.m.**  115:5
**pack**  104:13
**page**  10:6 11:13,14 11:15 16:25 17:2 66:2 70:25 71:11 73:8 78:6 116:3

**pages**  55:14
**paid**  30:6
**pain**  18:9,10,10,11 18:12,16,22 19:2,12 21:4,20,24 23:18,20 24:6,7,9 26:3 35:19 37:18,19,19,19 40:22 41:11 42:21 45:16,20 46:6,11,22 47:21 48:9,17 56:7 56:9,13,21,23,25 57:4,7,9 71:18 74:3 74:6 78:14 79:25 80:4,5,11 81:16,18 83:20,21 84:11,24 85:4,18,21 86:6,8 86:15 90:8 101:15 111:18
**painful**  24:9 37:3
**pale**  67:3 71:3 75:8 75:9
**palpation**  36:23 68:11
**paper**  19:10 105:14
**paraffin**  41:22
**paraspinal**  20:17
**part**  25:3 61:15 91:15,17
**participate**  51:20
**particular**  28:14 49:19 74:2 88:9 101:7 110:19
**parties**  119:11
**partner**  106:5
**parts**  24:8 25:10 61:21,25 62:16 91:23
**patient**  28:23 34:10 34:14 35:15,18,22 35:24 36:15 42:9,15 56:14 66:10,24 68:23 69:11 70:12 70:18,23 75:13,14 79:24 85:2 86:5,8 92:10,16 93:10

[patient - program]

96:13,19,21 100:14
105:5,21
patient's 25:9 48:3
77:21
patients 14:25 29:9
29:16 37:20 56:19
57:2,3 83:8 96:7
97:10 101:23 104:2
109:25
paul 12:20 87:20
paulino 1:13 87:8
87:10 91:8 116:22
116:24
pays 32:8
pen 51:3
pending 6:20
people 37:12,13,17
38:17 47:2,3 92:9
percent 17:21 47:4
47:25 64:16,19,20
71:7 106:5,24 107:2
110:2
percentage 106:2,4
perform 16:4 28:18
28:22 29:5 86:23
88:22 91:12,16
performed 15:5
20:5,25 49:2 66:7
66:12 79:8,20,23
80:21 88:23 89:22
89:25 91:6,7,20,24
111:16 112:15
113:25
performs 16:9
period 108:10,12
peripheral 32:17,24
person 19:10,13
89:15,17 90:2,3
person's 21:3
personally 100:11
perusing 4:6 11:12
15:15 17:10 55:16
61:5
pg 118:7

phalen 112:11,12
phonetic 111:25
112:5
photocopied 97:24
photocopies 50:7
98:9
photocopy 50:14
physical 1:5 2:9
4:10,23 7:9 8:15
21:17,21,25 22:12
22:18,21 23:3,8,14
33:10,16 36:2 37:6
38:19 39:19 41:18
41:24 43:21 44:8
53:5 54:25 55:3
56:18 57:5,24 58:7
59:23 60:11,15,18
61:3,16,20,23 64:14
64:24 82:16,23
83:10 87:13 89:21
89:24 92:12,20
93:11,24 94:6 99:22
100:21 101:14
109:18,21 110:8
111:15 113:21
114:4,11,20 116:11
116:16,24 117:8
physicians 110:13
pick 77:12 102:22
102:23
picks 103:19
pictures 18:20
pillow 104:11
105:18
pillows 104:8
place 17:18 118:4
placed 12:7
plan 41:14,17 46:17
48:13 59:6,12 63:2
78:8,13 93:18
please 4:3 5:23 6:19
8:4 14:13 49:21
53:3 55:12 61:2
80:25

pllc 1:6 2:9 4:11
8:16 114:21
point 5:6 25:18 33:8
39:18 54:23 69:22
69:25 70:4,9,11
71:22 73:21 76:21
76:22 77:5 79:13
90:9,20,20 92:5
98:9 105:2 113:13
114:22
pointing 19:5
points 70:14,15,16
70:17,20 71:12,17
71:19 73:5,17,18,22
73:23,25 74:5 75:18
77:21 79:9 91:13,16
91:22 92:6,8
poniros 1:11 55:9
87:14 92:19 99:22
100:16
portion 20:2
positive 20:19,24
32:23
possession 9:19
possible 35:8 36:7
57:14,17 60:20
possibly 9:6 35:6
83:24 84:13 98:7
posttraumatic 69:9
practice 5:9,11
56:18 57:24
precious 1:14
premarked 3:3
42:14,17
preparation 5:4,7
72:15,20
prepare 4:17 9:7
33:19
prepared 9:4 24:17
31:11,15,17,20
33:14,23 72:6
prescribe 100:9
101:22,24
prescribed 43:4
48:14 60:16 94:15

99:18,25 100:6
101:19 104:8,20
109:21
prescription 42:6
96:15 97:2,9 104:9
117:4
prescriptions 23:3,7
98:12,16 102:23
117:8
present 37:5 38:8,18
pressure 54:23
previous 4:8 16:7
29:21
previously 3:25 7:16
56:7 57:14
primary 110:11
printed 10:3 97:23
printout 13:10
116:17
prior 5:4 7:17 8:12
8:17 16:16 22:25
30:10 42:15 88:12
94:23 107:13
110:16
probably 47:25 89:6
89:16
problem 80:6
problems 7:10 66:9
procedure 7:19
17:18 34:6 39:14
73:13 91:6 96:6
102:16 103:16
105:13
proceeding 7:18,21
process 73:13
produced 114:24
production 11:23
23:10 31:3
professions 12:10
12:16,20 13:4,10,17
13:23 116:17
profits 105:23,25
106:9,16,25 107:5
program 41:19,25
49:21 51:7,9,13,20

[program - reflect]                                                      Page 12

51:25 59:24 60:16 60:19 61:24

**progress** 4:24 24:14 24:15 33:10,12,15 33:20,22 34:7 36:3 40:3 43:21 44:17 45:7,18 46:5 53:6 54:25 55:3 56:2 58:9,12,17,24 59:25 62:10 64:22 73:9,10 74:19 75:25 78:7,13 78:22 79:16,19 80:9 81:3,11 82:8,22 83:6 88:10 90:6 91:4 92:20,24 93:23 93:23 94:9 116:10 116:11,12

**properly** 62:8 63:21 63:23

**provide** 6:10,21 104:2

**provided** 15:13 55:22 65:22 88:2,7 88:18 102:20

**provider** 15:25

**provision** 99:10

**public** 3:7 115:15 118:25 119:4

**pull** 16:12

**pulse** 66:14 68:19 70:24 75:23 76:4 88:15

**pump** 105:20,20

**purple** 67:3

**purportedly** 12:11 91:20

**purpose** 10:15

**pursuant** 32:9 96:7

**put** 12:3 23:9 45:6 49:10 54:4 96:18 113:19 115:2

**puts** 77:18

**px** 34:24 35:7

**q**

**qi** 112:21

**question** 5:22 6:20 6:21 7:25 31:22 37:9 47:14 50:20 52:14 60:14,24 62:19 108:15

**questions** 5:18,21 8:2,5,9 14:8 50:15 52:6,16 72:5 94:20 110:18,24 111:11 113:18 114:4,8 115:2

**quickly** 15:7 24:13

**r**

**r** 2:2 3:5,5,5 4:1 5:1 6:1 7:1 8:1 9:1,15 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1,14 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1

112:1 113:1 114:1 116:13 119:2

**radiating** 26:3 35:10 56:9 57:7,9

**radiculopathy** 32:17

**range** 39:9,19,25 40:23 41:11 44:6,19 45:2,12 48:4,15 58:12,17 59:10,21 64:2

**ranges** 49:11

**read** 17:2 35:8 55:5 60:23,25 90:8 118:7

**reading** 72:2

**reads** 118:7

**realize** 10:4

**really** 108:13

**reason** 5:25 9:24 114:13 118:7

**reasons** 73:19

**recall** 12:18 15:17 15:19 17:20 22:11 23:25 26:12 27:20 27:22,23 31:6,11,14 31:23,24 32:3,7 72:25 81:6,24 82:6 83:2,3,7 89:4 97:22 100:3,15,17,25 102:9 106:8,12,18 106:20 107:4,18,19 108:16

**receive** 25:4 60:10 61:16 96:7 106:2

**received** 23:7 24:25 26:11 55:3 63:17 83:5 94:6,12 96:24 100:18,21,22 101:10 106:21

**receives** 61:20 108:21

**receiving** 75:15 96:14

**recess** 20:9 61:13 111:7

**recognize** 75:5

**recollection** 17:5,13 30:13 101:3,5

**recommend** 21:16 22:3 42:4 96:9 105:4

**recommendations** 33:7

**recommended** 21:8 21:22,24 22:5 23:19 23:20 24:3 51:17 113:11

**record** 6:10,13,17 7:24 8:13 11:22 12:25 16:19,20,22 17:3 19:5 22:19 29:25 30:12 34:11 49:4 57:6,11 60:25 64:8 74:16,18 76:23 80:14 81:9 84:4,6 85:3 86:13,14 87:2 87:4 90:15 92:15 109:14,16 113:19 119:9

**records** 15:22 50:16 55:19,22 58:20 59:19 87:7 92:18 116:18,19,21,22,24

**recovery** 70:18

**red** 66:16,19,22,25 67:3,3 88:14

**redness** 38:21 57:16 58:2,8

**refer** 16:23 25:25 110:14

**reference** 37:11

**referencing** 90:17

**referrals** 23:11

**referred** 23:13 25:19 110:2,7

**referring** 4:9,23 28:16,20 42:19

**reflect** 76:24 90:16 92:15

reflecting  91:19
reflection  94:8
reflex  20:6,11,13
reflexes  20:7,10
refrain  14:16
refresh  17:12 30:13
  101:3,5
refreshes  17:5
regard  15:4 30:18
  42:13 51:3,11 59:8
  59:23 61:19 62:9
  63:15 65:6
regarding  17:6 65:5
  99:10 107:13 114:4
regular  29:16
reid  1:14
related  4:24 14:22
  65:20 119:10
relates  93:19
relating  4:15 13:15
relationship  94:24
  95:4
relax  53:14
relied  14:4,10
rely  6:2
remained  48:4
remember  24:3
  25:23 27:19 31:2
  95:14 107:16
remind  5:18 52:15
render  6:16
repeat  5:24 62:18
  111:11
rephrase  5:24
report  32:19,22
  45:18 116:9,13
reporter  6:6
reports  32:13 56:2
  58:12 61:22 65:20
  82:23
represent  3:15
representations
  15:11
representative
  95:12

representative's
  95:15
representatives
  31:15,16
representing  55:14
request  3:16
requested  4:21 23:2
  117:6
requests  12:3,7
  114:22
required  114:23
reserving  114:14
respect  3:19 16:15
  19:25 53:8 54:10
  55:2 57:19 63:20
  64:4,21 82:20 83:10
  83:12 86:20 89:10
  89:21 91:8,18 94:4
  100:19 102:10
  106:23 109:17
  111:14 112:19
  113:7,20 114:9,10
  114:12
response  98:14
responses  6:11
  114:3
result  8:7
results  19:20 20:5
  26:12 32:14,15
review  5:3 82:12,16
  82:22
reviewed  64:22
reviewing  45:10
richard  1:5,25 2:8
  10:22 115:9 116:4
  118:4,22
right  18:15,16,24,25
  19:3,7,16 20:12
  22:2 54:14 61:11
  62:22 67:21 69:13
  78:8 86:18 98:17
  109:22 114:14
rivera  1:15 55:9
  61:8 101:12

road  1:18 2:10
  118:4
robertson  119:4,21
rom  39:5
room  17:15 87:17
  87:18 89:8 92:9
  111:3,8,9
rooms  28:13 105:7
root  20:23
rules  5:19 7:6,19
run  98:10

**s**

s  2:2 14:22 15:8
  42:20 95:7,11,18,23
  96:2 98:23 99:9
  102:17,20,25
  103:24 113:13
  116:14
s1  20:16 25:6
s13  71:18
salaried  30:7
salary  30:8,9,14
saliva  68:6
sanchez  1:16 55:8
  61:8,9 73:9 116:20
  116:21
saturday  30:5
saw  22:20,22 81:13
  81:14 83:23 84:14
  85:14 101:4
saying  14:4 65:2
  84:9
says  40:6,15 44:13
  69:14 74:11,24 75:8
  90:22 106:6 107:3
scale  46:7 47:21
  81:21
schedule  3:23 4:4
search  13:6
seated  6:7
second  6:6 8:19 9:12
secretaries  96:13
section  34:24 36:4
  40:2 42:19 43:22

road  1:18 2:10
50:2,3,3 56:7,10
  57:13 58:11,23 75:3
  75:24 76:18 90:9,10
  90:11
sections  39:4
see  10:23 13:14 21:4
  21:25 23:19 26:7
  27:10 29:9,16 34:23
  34:25 35:7 36:3,6
  43:15 44:16 45:17
  46:5,8,13,15,18
  51:17 56:10 58:13
  62:2 66:16 67:14
  69:15 71:3,14 74:20
  78:9,22 79:2 96:20
  109:25 110:18
  111:13
seek  114:14
seen  36:17 38:10
  64:24,25 67:19
  84:10
send  4:20
sense  37:10
separate  55:15
separately  77:24
september  44:19
  46:11 50:6 73:16
  74:8,9 75:24 77:14
  77:15 80:9,17 81:7
  83:18 84:16,17,25
  85:10 86:6,9
service  27:13 108:6
services  15:5 27:3
  28:9 31:7 32:8
  60:21 86:23 89:25
  90:4,24 91:2,19,24
  107:11 108:2,7,18
  111:16 112:20
  113:22,24
session  41:4
set  108:21,23 119:7
  119:15
seven  11:19 84:19
  85:22,23 86:2

Case 1:15-cv-07149-SJ-CLP   Document 14-3   Filed 02/05/16   Page 133 of 135 PageID #: 1093

shao  69:24
sheet  11:11 118:2
sheih  10:23,25
shooting  35:9 56:8
  56:15
short  4:11 28:19
shoulder  18:15,25
  19:8,16 22:2 26:6
  37:19 43:9 46:6,11
  49:3,20 60:11,17
  61:17 62:5 77:25
  93:19,24 99:23
  100:2,7,21,23
  101:15,19 102:5,6,7
shoulders  93:12,14
show  17:4 105:7,10
  105:17,18,21
showed  32:15 41:9
  45:25 63:7 64:9,10
shown  25:17 32:22
  41:10
shows  25:11
si  69:21,24 71:22,23
side  103:18
sign  10:25 11:4,6
  96:13 97:10,19
  105:16
signature  10:7,21
  97:16,18,19,24 98:2
  98:4,4,10
signatures  10:8,10
  10:13 11:19
signed  9:18 10:5
  11:13 30:19,21 31:6
  98:5,8 103:17
significance  68:18
significant  40:16,20
  46:19,24 47:3,4,7
  47:10,23
signifies  44:2
signing  97:22
similar  77:13
single  42:19 56:14
  56:14

site  13:14 78:24
  79:14,15,21
six  35:8 45:23 46:12
  46:23 48:10 57:17
  71:13 81:20 85:24
  88:13 103:8,8
  108:12
skin  71:7
sling  100:2
slings  99:14
slippery  68:20 76:2
  76:4,7
slvt  71:3
sm  1:8
small  69:22 71:22
smith  1:17
smoking  14:12
soap  34:14,23 41:20
  42:13,24 46:15
  49:22 50:5,21,22
  51:4 55:13 56:6,13
  57:20 59:10 96:19
solomon  109:24
  110:3
somebody  52:8
sonya  1:17
sorry  61:7 62:18
  75:2 80:13 84:17
  96:11 105:12
sort  22:4 24:22
  70:13 99:25 100:22
south  1:18 2:10
  118:4
sp  70:10
sp3  73:21
space  27:14 28:8,10
spasm  20:17 36:12
  36:15 37:18 41:11
  57:15,22 63:7,25
speak  5:12 50:17
  72:12,22,24 82:7
  88:24
speaking  6:15 77:2
  83:7 90:19

specific  15:19 29:8
  42:4,7 52:25 65:6
  83:8 102:13,15
specifically  5:7 28:8
  43:10,15 48:25 67:2
  69:3
specifics  43:12,17
  49:12 65:4 104:7
speed  112:7,15
spell  112:3
spinal  24:25
spine  25:3,10 70:9
spoke  51:23 72:19
  83:3 109:4
spoken  82:9
spot  16:19
st  70:2
stack  97:12,14,21
stagnated  76:21
stagnation  76:19
stamp  97:17 98:4
stamped  97:24,25
start  71:17 73:15,16
started  72:19
state  3:7 12:10 13:3
  13:16,23 29:25
  119:5
statement  113:19
stating  35:15
stayed  48:17
stern  2:4 3:14
steve  95:16 103:3,18
stick  77:14
sticky  96:17
stimulation  41:21
  49:6 53:23 54:3
  60:6
stock  96:3
stop  71:25
stored  105:9
street  37:14
strengthening  49:12
stretch  21:6
study  26:21,22

subject  3:24 4:15
  58:6 59:9 63:16
  82:21 86:21 89:11
  89:23 91:21 94:5
  100:20 102:11
  109:19 110:7 114:2
subjective  62:17
  93:16
subluxations  20:15
subscribed  115:11
  118:23
substantive  8:23
substituting  8:21
suggest  101:9
suggested  101:7
suggestions  22:10
suite  27:11
supplies  94:25 97:11
supply  95:7,10,11
  98:23,25 99:9
  102:17,20
support  104:4,14
supposed  75:19
sure  17:22 43:25
  54:12 60:13 63:10
  64:5,7,17,19 71:7
  75:2,10 77:4 90:21
  91:3 93:2 94:22
  97:20 107:15,16,23
  110:2 111:2
surface  68:3
surgical  94:25 95:7
  95:10,11,18,19,23
  96:3 98:23,24 99:9
  102:17,20
swelling  37:25 38:4
  57:16 58:2,7
sworn  3:6 115:11
  118:23 119:7
symptom  38:16,25
symptoms  18:6
  25:23
syndrome  32:16,23
  33:4 112:13,21,25

| t | | | |
|---|---|---|---|
| **t**  3:2 8:16 9:15,15,15 10:6 116:15 119:2,2 | 21:5 111:17,19,21 111:22,25 112:7,11 112:12,15,15 | **thick**  67:13 | **told**  7:16 35:24 43:10 72:10 73:3 |
| **tai**  69:21 70:10 | **testified**  3:8 | **thin**  67:13,14,18,23 67:24 | 76:11 80:10,15 85:2 86:8 95:13 |
| **take**  4:3 6:9,19 11:25 17:18 49:17 | **testify**  7:12 58:21 | **thing**  4:19 113:10 | **tolerate**  40:9 |
| 55:12 56:6 106:7 | **testimony**  4:2,8,18 5:13 7:17 8:18 16:8 | **things**  36:7 42:4 44:14 106:3 107:22 | **tolerated**  40:6 59:5 62:24 |
| **taken**  20:9 61:13 111:7 | 16:17,24 17:6 29:21 30:10 51:2 52:8 | **think**  9:5 11:11 29:13 54:11 72:18 | **tongue**  66:4,6,11,19 66:22,25 67:20 68:2 |
| **takes**  77:18 | 94:24 110:16,21 114:15 119:6,9 | 74:9,12 76:2 93:4 95:5 99:5 102:22 | 68:3 70:11 74:25 75:4 88:14 |
| **talk**  6:15 92:17 94:18 104:7 107:9 | **testing**  25:20,25 26:11 28:19,21,23 | 106:3 108:14 113:10 | **top**  17:9 20:2 34:24 66:2 71:2 74:10 |
| 107:21 | 29:5,19 116:13 | **thinks**  100:12 | **total**  107:4 |
| **talked**  8:18 51:6 57:14 99:21 114:10 | **tests**  20:6 | **third**  8:13,20,24 9:3 10:16 73:8 78:6 | **touch**  66:14 68:11 68:11 |
| **talking**  34:21 61:14 62:20 65:13 87:6 | **text**  10:2 | 116:15 | **transcript**  16:13 17:4 52:10 112:4 |
| 90:7 | **thank**  115:3 | **thought**  48:20 105:12 | 118:2 119:8 |
| **taxes**  105:24 | **therapeutic**  41:21 41:23 54:10 60:6 | **three**  10:7,7,21 45:11 103:8 109:11 | **trauma**  69:12 70:13 |
| **tcm**  66:2 | **therapist**  21:17,25 22:13,18,21 33:16 | 110:8 | **treat**  66:24 80:20 82:3 85:10 |
| **teeth**  68:13 | 34:9 35:15 39:12,14 | **thursday**  30:4 | **treated**  42:2,15 64:12 81:6 84:18 |
| **tell**  5:25 6:2,24 30:24 32:13 74:13 | 39:19 41:16 42:6,8 43:18 48:19 89:25 | **tightness**  38:11,13 38:16 40:24 57:16 | **treating**  25:13 |
| 78:7,12 | **therapy**  1:5 2:9 4:10 | 57:22 63:7 64:2 | **treatment**  15:4,18 15:25 21:9,21 22:4 |
| **telling**  72:10 | 4:23 8:15 21:22 23:4,8,14 33:10 | **time**  5:23 6:18 12:15 21:5 28:14 29:22 | 24:19,22,23,24 25:4 25:8,9 26:8 28:13 |
| **tells**  106:6 | 36:3 37:6 38:19 | 33:23 59:21 72:4 84:12,24 85:9 | 32:20,25 33:4,24 34:8 40:7,9,14 |
| **ten**  46:7 47:22 81:21 | 41:5,5,6,19,23,24 42:6 43:21 44:8 | 107:22 111:12 114:18 115:5 | 41:19 44:8,22 45:20 48:5,11,18 50:23 |
| **tender**  36:23,25 | 48:24 49:2,7 53:5 | **times**  12:5 29:8,10 | 53:16 56:15 57:20 |
| **tenderness**  36:20 37:18,22 57:15,22 | 54:19,25 55:3 56:19 57:5,25 58:7 59:24 | 42:3,5 45:22,23,24 100:12 101:14 | 59:5 62:24 63:17 66:21 73:21,22 |
| 63:7 64:2 | 60:7,11,15,18 61:3 61:16,20,24 64:15 | 105:17 106:13 114:7 | 74:10 75:25 77:10 77:11 78:2,4,8,13 |
| **tens**  101:22,25 | 64:24 71:13 75:15 | **tingling**  18:10 | 78:16,23 79:14,15 79:25 80:11,16 |
| **term**  69:21 | 75:16,21 82:17,24 83:10 87:13 89:22 | **today**  4:13 5:4,13 6:24 7:13 9:25 | 82:10,14,18,25 83:15 84:19,20 85:6 |
| **terminology**  76:9 | 92:13,20 93:11,24 94:6 99:22 100:21 | 72:16 113:18 | 88:7,8,17,22 89:2,4 89:8,18 93:25 |
| **terms**  27:23 58:25 60:15,20 66:20 | 101:14 109:18,21 110:8 111:16 | **today's**  3:22 4:18 55:4 63:16 82:21 | 101:20,23 113:8 |
| 67:16 68:22,24 69:7 69:18 75:14 76:11 | 113:21 114:5,11,20 116:11,16,24 117:8 | 86:21 91:21 96:25 100:20 109:19 | |
| 76:15 77:22 79:14 82:9 85:25 90:23 | | 110:7 114:2 | |
| 102:19 105:25 108:16 112:23 | | | |
| **test**  20:19,20,21,22 20:22,22,24,25 21:2 | | | |

**treatments** 53:9,10 55:15 80:21 82:5 83:13,16
**triceps** 20:3
**trigger** 54:22 77:21 91:12,16,21
**trinity** 2:5
**trip** 37:13
**true** 119:8
**truth** 6:24,24,25
**truthfully** 7:13
**try** 4:20 6:15 39:17 94:19 104:4
**tuesday** 30:3
**tunnel** 32:16,23 33:4 112:13
**turcotte** 9:13 12:13 14:5
**turn** 24:13 26:14 33:9 61:2 73:7 78:5
**turning** 32:12
**two** 4:2 8:25 22:22 39:4 46:12 103:8 107:2 111:6
**type** 26:8 36:16 37:4 37:10 48:23 49:2 54:5 56:2 62:4 69:11
**types** 57:17 60:20 103:24
**typical** 29:7
**typically** 17:13 29:8 29:11,13 37:21 109:22

**u**

**u** 9:15 13:2,9 112:22 116:17
**u11** 90:12,14
**ub** 69:21 71:22,23 79:10
**ub10** 71:18
**ultrasound** 41:22
**uncalled** 14:20

**unchecked** 46:20
**undergo** 21:10 22:4 40:14
**underneath** 69:13
**understand** 6:4,25 7:4 60:14 67:21
**understanding** 35:23 36:13 44:25
**understood** 5:22
**unit** 101:25
**units** 101:23
**upper** 18:11 25:20 26:21
**use** 18:20 104:23 105:7,11,19,20
**uses** 77:20
**usual** 15:10 65:21
**usually** 29:12 96:17 97:19

**v**

**v** 3:5 53:5 54:24 58:25 62:10 101:14 116:18
**various** 6:3 19:21 104:23
**velocity** 25:20 26:11
**verbal** 98:14
**verbally** 81:22
**verification** 3:17 13:5 114:17
**verifications** 13:5
**verify** 4:14 6:2 12:17
**visit** 13:14 25:12 35:18 40:16 46:10 46:20,25 59:3 84:12 84:16
**volt** 54:8
**volume** 1:22

**w**

**w** 65:15,19 116:19
**wait** 62:18 75:2
**walk** 37:17

**want** 14:18 42:5,7 74:13 111:3
**wanted** 26:3 98:15
**warrant** 40:20 47:24 52:18
**way** 30:20 44:18 75:20 108:15 119:13
**ways** 31:21
**weakness** 20:18 26:3
**web** 13:14
**website** 116:17
**wednesday** 30:4
**week** 48:10,18
**weeks** 72:14
**went** 48:9,17
**whatsoever** 108:16
**whereof** 119:15
**white** 67:13
**wiry** 68:20 76:2,4,7 88:15
**witness** 3:6 19:7 68:9 114:24 116:3 119:6,9,15
**wong** 12:21
**word** 45:13 49:19 49:20 75:10
**words** 18:21 35:13 42:10 45:9 49:22 88:23 98:15
**work** 53:15 54:23 54:23 75:19 83:14 86:17 102:19
**worked** 41:9 70:20 92:5,6
**working** 29:4,6 54:22 64:15 86:19
**works** 70:17 74:5 77:20
**worse** 64:18
**wrist** 26:7 112:12
**writing** 12:4,7 23:9 49:18

**written** 68:14 71:2 75:4 78:8,12 88:10 90:17 99:8
**wrote** 51:21 77:2 90:18

**x**

**x** 1:2,18 81:2,10 116:21

**y**

**y** 3:5 87:9,20 116:22
**yang** 69:21,24 70:3
**year** 30:22 51:23 105:25 106:9,14,17 107:5
**years** 27:22 30:20 31:2 88:13
**yellow** 67:13
**yerbasin** 111:25
**yesterday** 13:7
**yin** 70:10
**yonkers** 27:3,11,13 28:9 31:7 32:8 107:10,25 108:6,18
**york** 1:19 2:5,5,10 3:8 12:10 13:3,16 13:23 27:12 118:4 119:5

**z**

**z** 87:13 92:12,16 116:24
**zero** 46:7 47:21