1104190 00 560

# ARTICLES OF ORGANIZATION
# OF
# HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY & ACUPUNCTURE, PLLC

A Professional Service Limited Liability Company
Under Section 1203 of the Limited Liability Company Law of the State of New York

**THE UNDERSIGNED**, being a natural person of at least eighteen (18) years of age and acting as the organizer of the professional service limited liability company (the "Company") hereby being formed under Section 1203 of the Limited Liability Company Law of the State of New York (the "LLCL"), certifies that:

**FIRST:** The name of the Company is **HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY & ACUPUNCTURE, PLLC**

**SECOND:** The profession(s) to be practiced by the Company is **CHIROPRACTIC, PHYSICAL THERAPY AND ACUPUNCTURE.**

**THIRD:** The names, license Numbers, and residential addresses of all individuals who are to be the original members and or the original managers of the Company are:

| | | |
|---|---|---|
| RICHARD G. HARVEY | PAUL S. WONG | SANAHON R. SAMBAJON, JR |
| 49 KING ARTHUR COURT | 94 SKELLY PLACE | 189 CAMBRIDGE AVENUE |
| NEW CITY, NY 10956 | MINEOLA, NY 11501 | JERSEY CITY, NJ 07307 |
| LICENSE NO. 004458 | LICENSE NO. 003113 | LICENSE NO. 031626 |

**FOURTH:** The county within the State of New York in which the principal office of the Company is to be located is **WESTCHESTER.**

**FIFTH:** The Secretary of State is designated as the agent of the Company upon whom process against the Company may be served. The post office address within or without the State of New York to which the Secretary of State shall mail a copy of any process against the Company served upon such Secretary of State is **THE PLLC, 984 NORTH BROADWAY, STE. L001, YONKERS, NY 10701.**

IN WITNESS WHEREOF, I have subscribed these Articles of Organization and do hereby affirm the foregoing as true under penalties of perjury, this 28 day of March 2011.

_____  _____  _____
Richard G. Harvey           Paul S. Wong                Sanahon R. Sambajon, Jr.
Organizer                   Organizer                   Organizer

110419000560

Exhibit 4.

FILED

2011 APR 19 AM 11: 40

1104190 00 560

# ARTICLES OF ORGANIZATION

## OF

## HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY & ACUPUNCTURE, PLLC

A Professional Service Limited Liability Company
Under Section 1203 of the Limited Liability Law of the State of New York

RECEIVED
2011 APR 19 AM 11: 11

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   APR 19 2011
TAX $ _____
BY: _____

# BLU-39
# DRAWDOWN

FILED BY:

Blumberg*Excelsior* Corporate Services Inc.
52 South Pearl Street
Albany, NY 12207

584

RECEIVED
CORPORATION UNIT
2011 APR -1 P 1:17

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                          FILING RECEIPT
==============================================================================
ENTITY NAME: HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY & ACUPUNCTURE,
             PLLC
DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM-PROF. LLC)      COUNTY: WEST
==============================================================================
FILED:04/19/2011 DURATION:*********  CASH#:110419000584 FILM #:110419000560

                                                              EXIST DATE
    FILER:                                                    ----------
    ------                                                    04/19/2011
    BLUMBERGEXCELSIOR CORP SERVICES INC
    52 SOUTH PEARL STREET, 2ND FLR

    ALBANY, NY 12207

    ADDRESS FOR PROCESS:
    --------------------
    THE PLLC
    984 NORTH BROADWAY, STE. L001
    YONKERS, NY 10701

    REGISTERED AGENT:
    -----------------
```



```
==============================================================================
  SERVICE COMPANY: BLUMBERG/EXCELSIOR CORPORATE SERVICES     SERVICE CODE: 39

                                                   PAYMENTS        245.00
  FEES         245.00                                              ------
               ------                              CASH              0.00
  FILING       200.00                              CHECK             0.00
  TAX            0.00                              CHARGE            0.00
  CERT           0.00                              DRAWDOWN        245.00
  COPIES        20.00                              OPAL              0.00
  HANDLING      25.00                              REFUND            0.00
==============================================================================
                                                            DOS-1025 (04/2007)
```

CERTIFICATE OF CORRECTION
OF

HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY &
ACUPUNCTURE, PLLC

UNDER SECTION 212 OF THE LIMITED LIABILITY COMPANY LAW

1. The name of the Limited Liability Company is HARVEY FAMILY CHIROPRACTIC, PHYSICAL THERAPY & ACUPUNCTURE, PLLC

2. The Articles of Organization were filed on the 19TH day of April, 2011.

3. The certificate of correction is being filed to correct a typo in the name of the professional in paragraph THIRD, that sets forth the name, license numbers and addresses of the professionals. It was stated in paragraph THIRD that the name and address of one of the professionals is: SANAHON R. SAMBAJON, JR., 189 Cambridge Ave., Jersey City, NJ 07307 when the actual name and address of the professional is: RICARDO S. SANAHON, JR., 143-30 Franklin Avenue, Flushing, NY 11355.

Paragraph THIRD shall read as follows:

**THIRD:** The names, license numbers, and residential addresses of all individuals who are to be the original members and/or managers of the Company are:

| RICHARD G. HARVEY | PAUL S. WONG | RICARDO S. SANAHON, JR. |
|---|---|---|
| 49 KING ARTHUR CT | 94 SKELLY PLACE | 143-30 FRANKLIN AVE. |
| NEW CITY, NY 10956 | MINEOLA, NY 11501 | FLUSHING, NY 11355 |
| License # 004458 | License # 003113 | License # 031626 |

To correct the name of the same professional in the authorization signature lines. The Authorization lines shall read as follows: